**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*, | Case No. 23-10738 (JPM) |
| Debtors.[1] | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtors in the above-captioned cases.

On May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases** (Docket No. 2)

- **Declaration of Frank A. Pometti in Support of the Debtors' Chapter 11 Petitions and First Day Relief** (Docket No. 3)

- **Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs; and (II) Granting Additional Time to File Reports of Financial Information Required Under Bankruptcy Rule 2015.3; and (III) Granting Related Relief** (Docket No. 4)

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors; (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors; (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information; (IV) Approving the Form and Manner of Notifying Creditors of Commencement, and (V) Granting Related Relief** (Docket No. 5)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 7)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions and (II) Granting Related Relief** (Docket No. 8)

---

[1] The last four digits of Debtor Vice Group Holding Inc.'s tax identification number are 4250. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://https://cases.stretto.com/vice/. The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to (A) Utilize Their Existing Cash Management System, (B) Maintain Their Existing Bank Accounts, (C) Perform Intercompany Transactions, (D) Utilize and Maintain Their Existing Business Forms and (E) Utilize Their Corporate Credit Card Programs and (II) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Pay Prepetition Obligations Thereunder, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Insurance Brokerage Commissions, and (II) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain (A) Freelancers, (B) Critical Vendors, and (C) Foreign Vendors; and (II) Granting Related Relief** (Docket No. 11)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief** (Docket No. 12)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 13)

- **Declaration of Brent Herlihy in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Superpriority Claims, (III) Modifying the Automatic Stay, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief** (Docket No. 14)

- **Debtors' Motion to Shorten Notice to Consider Debtors' Motion for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Authorizing and Approving the Debtors' Entry into the Stalking Horse Agreement, (III) Approving the Sale of Substantially All of the Debtors' Assets and (IV) Granting Related Relief** (Docket No. 15)

- **Debtors' Motion for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Authorizing and Approving the Debtors' Entry into the Stalking Horse Agreement, (III) Approving the Sale of Substantially All of the Debtors' Assets and (IV) Granting Related Relief** (Docket No. 16)

- **Declaration of Brent Herlihy in Support of Debtors' Motion for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Authorizing and Approving the Debtors' Entry into the Stalking Horse Agreement, (III) Approving the Sale of Substantially All of the Debtors' Assets and (IV) Granting Related Relief** (Docket No. 17)

- **Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief** (Docket No. 18)

- **Debtors' Application Seeking Entry of an Order (I) Authorizing and Approving the Appointment of Stretto, Inc. as Claims and Noticing Agent and (II) Granting Related Relief** (Docket No. 19)

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 7)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities and Claims of Worthless Stock Deductions and (II) Granting Related Relief** (Docket No. 8)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to (A) Utilize Their Existing Cash Management System, (B) Maintain Their Existing Bank Accounts, (C) Perform Intercompany Transactions, (D) Utilize and Maintain Their Existing Business Forms and (E) Utilize Their Corporate Credit Card Programs and (II) Granting Related Relief** (Docket No. 9)

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Granting Related Relief** (Docket No. 7)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to (A) Utilize Their Existing Cash Management System, (B) Maintain Their Existing Bank Accounts, (C) Perform Intercompany Transactions, (D) Utilize and Maintain Their Existing Business Forms and (E) Utilize Their Corporate Credit Card Programs and (II) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Pay Prepetition Obligations Thereunder, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Insurance Brokerage Commissions, and (II) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief** (Docket No. 12)

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit G**, and via electronic mail on the service list attached hereto as **Exhibit H**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Pay Prepetition Obligations Thereunder, (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (C) Continue to Pay Insurance Brokerage Commissions, and (II) Granting Related Relief** (Docket No. 10)

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit I**, and via electronic mail on the service list attached hereto as **Exhibit J**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief** (Docket No. 12)

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit K**:

- **Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief** (Docket No. 18)

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

Furthermore, on May 15, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit L**, via electronic mail on the service list attached hereto as **Exhibit M**, and facsimile on the service list attached hereto as **Exhibit N**:

- **Agenda for First Day Hearing on May 16, 2023 at 11:00 AM (ET) and Index of First Day Papers** (Docket No. 21)

[SPACE LEFT INTENTIONALLY BLANK]

- **Notice of Hearing on "First-Day" Applications and Motions** (Docket No. 22)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: May 15, 2023

_James Nguyen-Phan_
James Nguyen-Phan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 15th day of May, 2023, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

> SERINA TRAN
> Notary Public - California
> Orange County
> Commission # 2368456
> My Comm. Expires Jul 30, 2025

# **Exhibit A**



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| A&E Television Networks LLC | Attn: Legal Department | 235 E 45th Street | | New York | NY | 10036 | |
| A&E Television Networks LLC | c/o Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | Attn: S Singh N Baker & A Gherlone | New York | NY | 10017 | |
| Adobe Systems Incorporated | Attn: Legal Department | 345 Park Avenue | | San Jose | CA | 95110 | |
| Amazon Web Services Inc. | Attn: Legal Department | PO Box 84023 | | Seattle | WA | 98124 | |
| Antenna TV S.A. | Attn: Legal Department | 10-12 KIFISIAS Ave | | Maroussi | | | Greece |
| ASANA INC. | Attn: Legal Department | 1550 Bryant St Ste 800 | | San Francisco | CA | 94103 | |
| Bailey Duquette P.C. | Attn: Legal Department | 104 Charlton Street, 1W | | New York | NY | 10014 | |
| CNN Productions Inc. | Attn: Legal Department | One CNN Center | | Atlanta | GA | 30303 | |
| Con Edison | Attn: Legal Department | PO Box 1702 | | New York | NY | 10116-1702 | |
| Davis Wright Tremaine LLP | Attn: Legal Department | 920 5th Ave, Suite 3300 | | Seattle | WA | 98104-1610 | |
| District of Columbia | Office of the Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Ernst & Young US | Attn: Legal Department | PO Box 640382 | | Pittsburgh | PA | 15264 | |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | 1345 Avenue of the Americas 46th Fl | | New York | NY | 10105 | |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | 200 Park Avenue | Attn: Feldman Neumeister & Scheffer | New York | NY | 10166 | |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | 333 South Grand Avenue | Attn: Michael S. Neumeister | Los Angeles | CA | 90071 | |
| FTI Consulting Inc. | Attn: Legal Department | 350 South Grand Avenue Suite 3000 | | Los Angeles | CA | 90071 | |
| Getty Images Inc. | Attn: Legal Department | PO Box 953604 | | St.Louis | MO | 63195-3604 | |
| Home Box Office | Attn: Legal Department | 1100 Avenue of the Americas | | New York City | NY | 10036 | |
| Horizon Media Inc | Attn: Legal Department | 75 Varick St, 16th Floor | | New York | NY | 10013 | |
| JP Morgan Chase Bank N.A. | Attn: Legal Department | 25 Bank Street, Canary Warf | | London | | E14 5JP | United Kingdom |
| JPMorgan Chase NA | Attn: Legal Department | PO Box 15918 Mail Suite DE1-1404 | | Wilmington | DE | 19850 | |
| Justin Stefano | Attn: Legal Department | 525 University Avenue | | Palo Alto | CA | 94301 | |
| Marisa Clifford and B&C 3 LLC | Attn: Legal Department | 26 Birchwood Avenue | | London | | N10 3BE | United Kingdom |
| Office of the US Trustee Region 2 | Attn: Andrea B. Schwartz | 201 Varick Street, Suite 1006 | U.S. Federal Office Building | New York | NY | 10014 | |
| Office US Attorney S Dist New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | | New York | NY | 10007 | |
| Oracle America Inc | Attn: Legal Department | 500 Oracle Parkway | | Redwood City | CA | 94065 | |
| Paul Hastings Europe LLP | Attn: Legal Department | 515 S. Flower Street, Suite 2500 | | Los Angeles | CA | 90071 | |
| Piano Software Inc | Attn: Legal Department | 111 S Independence Mall East Ste950 | | Philadelphia | PA | 19106 | |
| Presidio Networked Solutions Group | Attn: Legal Department | 12120 Sunset Hills Rd, Suite 202 | | Reston | VA | 20190 | |
| RANKER INC | Attn: Legal Department | 6420 Wilshire Blvd Suite 500 | | Los Angeles | CA | 90048 | |
| Salesforce.com Inc | Attn: Legal Department | Landmark One Market Street Suite300 | | San Francisco | CA | 94105 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of Arkansas | Office of the Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Colorado | Office of the Attorney General | 1300 Broadway, 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State of Connecticut | Office of the Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State of Delaware | Office of the Attorney General | 820 N French Street | DOJ Carvel State Office Bldg | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Georgia | Office of the Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State of Hawaii | Office of the Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State of Idaho | Office of the Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State of Illinois | Office of the Attorney General | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| State of Indiana | Office of the Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |
| State of Iowa | Office of the Attorney General | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| State of Kansas | Office of the Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State of Kentucky | Office of the Attorney General | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 2


| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| State of Louisiana | Office of the Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State of Massachusetts | Office of the Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State of Michigan | Office of the Attorney General | 525 W Ottawa St 7th Floor | G. Mennen Williams Building | Lansing | MI | 48909 | |
| State of Minnesota | Office of the Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State of Mississippi | Office of the Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State of Missouri | Office of the Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State of Montana | Office of the Attorney General | 215 N. Sanders, Third Fl | Justice Building | Helena | MT | 59601 | |
| State of Nebraska | Office of the Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State of Nevada | Office of the Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State of New Hampshire | Office of the Attorney General | 33 Capitol St. | NH Department of Justice | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | 25 Market St 8Th Fl, West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| State of New Mexico | Office of the Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State of New York | Office of the Attorney General | 2nd Floor | The Capitol | Albany | NY | 12224 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of North Dakota | Office of the Attorney General | 600 E Boulevard Ave Dept. 125 | State Capitol | Bismarck | ND | 58505 | |
| State of Ohio | Office of the Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Oregon | Office of the Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of Rhode Island | Office of the Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State of South Carolina | Office of the Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State of South Dakota | Office of the Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Utah | Office of the Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State of Utah | Office ofAttorney General S Reyes | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State of Vermont | Office of the Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State of Virginia | Office of the Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State of Washington | Office of the Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Washington | Office of the Attorney General | PO Box 40100 | | Olympia | WA | 98504 | |
| State of West Virginia | Office of the Attorney General | 1900 Kanawha Blvd E Bldg 1 Rm E-26 | State Capitol | Charleston | WV | 25305 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| State of Wyoming | Office of the Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| The Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Thomas Benski and B&C 3  LLC | Notice Name Redacted | COMO Parrot Cay Providenciales | | | | TKCA IZZ | Turks and Caicos Islands |
| TPG Virat 1 & Sixth St Virat Hldngs | c/o Wachtell Lipton Rosen & Katz | 51 West 52nd Street | Attn: Scott Charles & Neil Snyder | New York | NY | 10019 | |
| Two Twenty Five Broadway Company | Attn: Legal Department | 160 Broadway 1st Fl | | New York | NY | 10038 | |
| VICE Television Network LLC | Attn: Legal Department | 235 E. 45th Street | | New York City | NY | 10017 | |
| Web Holdings LLC | Attn: Legal Department | 49 South 2nd Street | | Brooklyn | NY | 11249 | |
| Wilmington Trust National Assoc | c/o Shipman & Goodwin LLP | One Constitution Plaza | Attn:  Marie C. Pollio | Hartford | CT | 06103-1919 | |
| Wipro LLC | Attn: Legal Department | 2 Tower Centre Boulevard Suite 2200 | | East Brunswick | NJ | 08816 | |
| Wolftech Broadcast Solutions | Attn: Legal Department | Agnes Mowinckels Gate 6 | | Bergen | | 5008 | Norway |
| Workday Inc | Attn: Legal Department | 6230 Stoneridge Mall Road | | Pleasanton | CA | 94588 | |
| Writers Guild of America East | c/o Spivak Lipton LLP | 1040 6th Avenue 20th Floor | Attn: Eric R. Greene | New York | NY | 10018 | |
| XWP.Co Pty Ltd | Attn: Legal Department | 664 Collins Street, Level 13 | | Docklands | VC | 03008 | Australia |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

# **Exhibit B**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A&E Television Networks, LLC | | | aeremitinfo-intl@aenetworks.com |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | sunny.singh@stblaw.com nbaker@stblaw.com ashley.gherlone@stblaw.com |
| Adobe Systems Incorporated | | | bhunting@adobe.com |
| Amazon Web Services, Inc. | | | aws-receivables@amazon.com |
| Antenna TV S.A. | | | Email Address Redacted |
| Asana, Inc. | | | AR@ASANA.COM |
| Bailey Duquette P.C. | | | marc@baileyduquette.com |
| CNN Productions Inc. | | | rebecca.conners@warnermedia.com |
| Con Edison | | | corpcom@coned.com |
| Davis Wright Tremaine LLP | | | achpaymentnotification@dwt.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Ernst & Young US | | | gss.accountsreceivable@xe02.ey.com |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | | gccredit@fortress.com |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | mneumeister@gibsondunn.com |
| Getty Images Inc. | | | arprocessing@gettyimages.com |
| Home Box Office | | | jeannette.francis@hbo.com |
| Horizon Media Inc | | | sfried@horizonmedia.com |
| JPMorgan Chase NA | | | patrick.j.minnick@jpmorgan.com |
| Justin Stefano | | | joseph.yaffe@skadden.com |
| Oracle America Inc | | | peter.fernan@oracle.com |
| Paul Hastings Europe LLP | | | matthewpoxon@paulhastings.com |
| Piano Software Inc | | | receivable@piano.io |
| Presidio Networked Solutions Group, LLC | | | PNSGremittanceAdvices@presidio.com |
| RANKER INC | | | YING@RANKER.COM |
| Salesforce.com Inc | | | payment@salesforce.com |
| State of Alabama | Office of the Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | BCEIntake@azag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of the Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State of Connecticut | Office of the Attorney General | | attorney.general@ct.gov |
| State of Delaware | Office of the Attorney General | | Attorney.General@state.DE.US |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of the Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of the Attorney General | | lawrence.wasden@ag.idaho.gov |
| State of Illinois | Office of the Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of the Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Office of the Attorney General | | derek.schmidt@ag.ks.gov |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 2



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Kentucky | Office of the Attorney General | | KyOAGOR@ky.gov |
| State of Louisiana | Office of the Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of Minnesota | Office of the Attorney General | | Attorney.General@ag.state.mn.us |
| State of Missouri | Office of the Attorney General | | consumer.help@ago.mo.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of the Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of the Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of the Attorney General | | ellen.rosenblum@dog.state.or.us |
| State of Utah | Office of the Attorney General | | uag@utah.gov |
| State of Utah | Office of the Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of the Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of the Attorney General | | consumer@wvago.gov |
| Two Twenty Five Broadway Company | | | david@braunre.com |
| VICE Television Network LLC | | | aeremitinfo-intl@aenetworks.com |
| Web Holdings LLC | | | pinny@ctadigital.com |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn:  Marie C. Pollio | mpollio@goodwin.com<br>lwilliams@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Wipro LLC | | | farhan.shekhani@wipro.com |
| Wolftech Broadcast Solutions | | | ab@wolftech.no |
| Workday Inc | | | legal@workday.com |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene | egreene@spivaklipton.com |
| XWP.Co Pty Ltd | | | billing@xwp.co |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

# **Exhibit C**


| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Alabama Dept of Revenue | Alabamba Department of Revenue | 50 N. Ripley | | Montgomery | AL | 36104 | |
| Alaska Dept of Revenue | Alaska Department of Revenue | PO Box 110400 | | Juneau | AK | 99811-0400 | |
| Arizona Dept of Revenue | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 85038 | |
| Arkansas Dept of Revenue | Director Dept of Finance & Admin | 1509 W 7Th St, Rm 401 | DFA Building | Little Rock | AR | 72201 | |
| CA Dept. of Tax & Finance | Attn: Legal Department | PO Box 942840 | | Sacramento | CA | 94240-0001 | |
| California Dept of Revenue | State Board of Equalization | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 | |
| Colorado Dept of Revenue | Colorado Department of Revenue | Taxation Division, 1375 Sherman St. | | Denver | CO | 80203 | |
| Connecticut Dept of Revenue | Departmnet of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| CT State Tax | Attn: Legal Department | 450 Columbus Blvd. | | Hartford | CT | 06103 | |
| Delaware Dept of Revenue | Division of Revenue | 820 N. French Street | | Wilmington | DE | 19801 | |
| District of Columbia Dept Revenue | Office of Tax And Revenue | 1101 4Th St. Sw # 270 | | Washington | DC | 20024 | |
| Federal Communications Commission | Attn: Legal Department | 45 L Street NE | | Washington | DC | 20554 | |
| Florida Dept of Revenue | Gen Counsel Department of Revenue | PO Box 6668 | | Tallahassee | FL | 32314-6668 | |
| Georgia Dept of Revenue | Georgia Department of Revenue | PO Box  740321 | | Atlanta | GA | 30374-0321 | |
| Hawaii Dept of Revenue | Hawaii State Department of Taxation | 75 Aupuni Street #101 | | Hilo | HI | 96720-4245 | |
| Idaho Dept of Revenue | Idaho State Tax Commision | PO Box 36 | Collection Division | Boise | ID | 83722-0410 | |
| IL Dept of Finance | Attn: Legal Department | 101 Jefferson St. | | Springfield | IL | 62702 | |
| Illinois Dept of Revenue | Dept of Revenue | 101 West Jefferson St | Willard Ice Building | Springfield | IL | 62702 | |
| Indiana Dept of Revenue | Indiana Department of Revenue | 100 N. Senate Ave | | Indianapolis | IN | 46204 | |
| Iowa Dept of Revenue | Department of Revenue | 1305 E. Walnut 4th Fl | Hoover State Office Building | Des Moines | IA | 50319 | |
| Kansas Dept of Revenue | Kansas Department of Revenue | 120 Se 10Th Ave. | Scott State Office Building | Topeka | KS | 66612-1588 | |
| Kentucky Dept of Revenue | Kentucky Department of Revenue | 501 High Street | | Frankfort | KY | 40601 | |
| LA City Tax | Attn: Legal Department | 500 W Templeton St. | | Los Angeles | CA | 90012 | |
| Louisiana Dept of Revenue | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 70802 | |
| Maine Dept of Revenue | Maine Revenue Services | PO Box 9107 | | Augusta | ME | 04332-9107 | |
| Maryland Dept of Revenue | Comptroller Maryland Rev Admin Div | 110 Carroll Street | | Annapolis | MD | 21411-0001 | |
| Massachusetts Dept of Revenue | Attn: Legal Department | 100 Cambridge Street | | Boston | MA | 02114 | |
| Michigan Dept of Revenue | Michigan Department of Treasury | 3060 W. Grand Blvd. | | Detroit | MI | 48202 | |
| Ministerie van Financiën | Attn: Legal Department | Korte Voorhout 7, Postbus 20201 | | Den Haag | EE | 2500 | Netherlands |
| Minnesota Dept of Revenue | Attn: Legal Department | 600 North Robert St | | St. Paul | MN | 55101 | |
| Mississippi Dept of Revenue | Attn: Legal Department | 500 Clinton Center Drive | | Clinton | MS | 39056 | |
| Mississippi Dept of Revenue | Attn: Legal Department | PO Box 23338 | | Jackson | MS | 39225-3338 | |
| Missouri Dept of Revenue | Attn: Legal Department | 301 West High Street | Harry S Truman State Office Bldg | Jefferson City | MO | 65101 | |
| Montana Dept of Revenue | Attn: Legal Department | PO Box 8108 | | Helena | MT | 59604-8018 | |
| Nebraska Dept of Revenue | Attn: Legal Department | 301 Centennial Mall S. | Nebraska State Office Building | Lincoln | NE | 68508 | |
| Nevada Dept of Revenue | Department of Taxation | 1550 College Parkway, Suite 115 | | Carson City | NV | 89706 | |
| Nevada Dept of Revenue | Department of Taxation | 500 East Third Street | | Carson City | NV | 89713-0030 | |
| New Hampshire Dept of Revenue | Department of Revenue Admin. | 109 Pleasant Street | Governor Hugh Gallen St Office Park | Concord | NH | 03301 | |
| New Jersey Dept of Revenue | New Jersey Division of Taxation | PO Box 281 | Revenue Processing Center | Trenton | NJ | 08695-0281 | |
| New Jersey Dept of Revenue | New Jersey Division of Taxation | PO Box 666 | Revenue Processing Center | Trenton | NJ | 08646-0666 | |
| New Mexico Dept of Revenue | New Mexico Tax And Revenue Dept | 1100 South St. Francis Drive | | Sante Fe | NM | 87504 | |
| New York Dept of Revenue | Dept. of Taxation And Finance | PO Box 5300 | Bankruptcy Section | Albany | NY | 12205-0300 | |
| New York Tax Commission | Attn: Legal Department | 1 Centre St Rm 2400 Municipal Bldg | | New York | NY | 10007 | |
| North Carolina Dept of Revenue | Attn: Legal Department | PO Box 871 | | Raleigh | NC | 27602 | |
| North Dakota Dept of Revenue | Office of State Tax Commissoner | 600 E. Boulevard Ave. | | Bismarck | ND | 58505-0599 | |
| NY State Tax & Finance | Attn: Legal Department | WA Harriman Campus | | Albany | NY | 12227 | |
| NYC Dept. of Finance | Attn: Legal Department | PO Box 3922 | | New York | NY | 10008-3922 | |
| Office of Communications | Attn: Legal Department | 2a Southwark Bridge Road | Riverside House | London | | SE1 9HA | United Kingdom |
| Ohio Dept of Revenue | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | | Columbus | OH | 43229 | |
| Ohio Dept of Revenue | Ohio Department of Taxation | PO Box 530 | | Columbus | OH | 43216-0530 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 2


| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Oklahoma Dept of Revenue | Tax Commission | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 | |
| Oregon Dept of Revenue | Attn: Legal Department | 955 Center St NE | | Salem | OR | 97301-2555 | |
| Oregon Dept of Revenue | Attn: Legal Department | PO Box 14730 | | Salem | OR | 97309-0464 | |
| Pennsylvania Dept of Revenue | Attn: Legal Department | 1846 Brookwood St | | Harrisburg | PA | 17104 | |
| Rhode Island Dept of Revenue | Division of Taxation | One Capital Hill | | Providence | RI | 02908 | |
| South Carolina Dept of Revenue | Attn: Legal Department | 300A Outlet Pointe Boulevard | | Columbia | SC | 29210 | |
| South Dakota Dept of Revenue | Attn: Legal Department | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |
| Tennessee Dept of Revenue | Attn: Legal Department | 500 Deaderick Street | Collection Services Division | Nashville | TN | 37242 | |
| Texas Dept of Revenue | Attn: Legal Department | PO Box 149359 | | Austin | TX | 78714-9359 | |
| Texas Dept of Revenue | Texas Comptroller of Pub. Accounts | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| Treasurer&Tax Collector County LA | Tax Collections Branch Sec Property | 225 N Hill Street First Floor Lobby | | Los Angeles | CA | 90012 | |
| Utah Dept of Revenue | Utah State Tax Commission | 210 North 1950 West | | Salt Lake City | UT | 84134-0700 | |
| Vermont Dept of Revenue | Vermont Department of Taxes | 133 State Street | | Montpelier | VT | 05633 | |
| Virginia Dept of Revenue | Virginia Department of Taxation | 1957 Westmoreland Street | | Richmond | VA | 23230 | |
| Washington Dept of Revenue | Attn: Legal Department | PO Box 47473 | | Olympia | WA | 98504-7463 | |
| Washington Real Property Tax | Attn: Legal Department | 441 4th Street, NW, Suite 360 North | | Washington | DC | 20001 | |
| Washington State Tax | Attn: Legal Department | PO Box 9034 | | Olympia | WA | 98507-9034 | |
| West Virginia Dept of Revenue | Attn: Legal Department | 1124 Smith Street | | Charleston | WV | 25301 | |
| Wisconsin Dept of Revenue | Attn: Legal Department | PO Box 8949 | | Madison | WI | 53713 | |
| Wyoming Dept of Revenue | Attn: Legal Department | 122 West 25th Street, 3Rd Floor E. | | Cheyenne | WY | 82002-0110 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

# **Exhibit D**



# Exhibit D
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| CA Dept. of Tax & Finance | | SacramentoInquiries@cdtfa.ca.gov |
| CT State Tax | | DRS@ct.gov |
| LA City Tax | | Finance.CustomerService@lacity.org |
| NYC Dept. of Finance | | orpts.northern@tax.ny.gov |
| State of Arkansas, Dept of Revenue | Director | bailey.gibbs@dfa.arkansas.gov |
| State of Colorado, Dept of Revenue | | dor_taxpayerservice@state.co.us |
| State of Delaware, Dept of Revenue | | jennifer.noel@delaware.gov |
| State of Florida, Dept of Revenue | General Counsel | emaildor@floridarevenue.com |
| State of Hawaii, Dept of Revenue | | tax.directors.office@hawaii.gov |
| State of Idaho, Dept of Revenue | | taxrep@tax.idaho.gov |
| State of Illinois, Dept of Revenue | | rev.ta-bit-wit@illinois.gov |
| State of Indiana, Dept of Revenue | | businesstaxassistance@dor.in.gov |
| State of Kansas, Dept of Revenue | | kdor_tac@ks.gov |
| State of Maine, Dept of Revenue | | income.tax@maine.gov |
| State of Maryland, Dept of Revenue | Comptroller of Maryland | taxhelp@marylandtaxes.gov |
| State of Michigan, Dept of Revenue | | mistatetreasurer@michigan.gov |
| State of Minnesota, Dept of Revenue | | salesuse.tax@state.mn.us |
| State of Missouri, Dept of Revenue | | salesuse@dor.mo.gov |
| State of Nebraska, Dept of Revenue | | rev.bnc@nebraska.gov |
| State of Oklahoma, Dept of Revenue | | otcmaster@tax.ok.gov |
| State of Oregon, Dept of Revenue | | questions.dor@oregon.gov |
| State of Wyoming, Dept of Revenue | | dor@wyo.gov |
| Washington Real Property Tax | | rptac@dc.gov |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit E**



**Exhibit E**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| City National N.A. | Attn: Legal Department | 555 South Flower Street | | Los Angeles | CA | 90071 | |
| JPMorgan Chase Bank N.A. | Attn: Legal Department | 383 Madison Ave | | New York | NY | 10179-0001 | |
| JPMorgan Chase Bank N.A. | Attn: Legal Department | PO Box 15918 | Mail Suite De1-1404 | Wilmington | DE | 19850 | |
| JPMorgan Chase Bank N.A. | Attn: Legal Department | PO Box 2015, Mail Suite Il1-6225 | Commercial Card Solutions | Elgin | IL | 60121 | |
| PNC | Attn: Legal Department | 300 Fifth Avenue | | Pittsburgh | PA | 15222 | |
| Royal Bank of Canada | Attn: Legal Department | 200 Bay Street, South Tower | | Toronto | ON | M5J 2J5 | Canada |
| Scotia Bank | Attn: Legal Department | 250 Vesey Street | | New York | NY | 10281 | |
| Scotia Bank | Attn: Legal Department | 44 King St. West, 8th floor | Scotia Plaza | Toronto | ON | M5H 1H1 | Canada |
| Scotia Bank | Attn: Legal Department | 54 Broadway St | | Kensington | PE | C0B 1M0 | Canada |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

# **Exhibit F**



| Name | Attention | Email |
|---|---|---|
| JPMorgan Chase Bank, N.A. | Attn: Legal Department | usso.proxy.team@jpmorgan.com<br>jpmorganinformation.services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| PNC | Attn: Legal Department | lisa.kremers@pnc.com |
| Royal Bank of Canada | Attn: Legal Department | emma.mckay@rbc.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit G**



# Exhibit G

Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip | Country |
|------|-----------|---------|------|-------|-----|---------|
| Allianz Global Corporate&Specialty | c/o ACGS United States | PO Box 970 | O'Fallon | MO | 63366-0970 | |
| Allianz Global Corporate&Specialty | c/o AGCS United Kingdom | 60 Gracechurch Street | London | | EC3V 0HR | United Kingdom |
| American Alt Corp Global Aerospace | Attn: Global Aerospace Inc | 115 Tabor Road Suite 3A | Morris Plains | NJ | 07950 | |
| Arthur J. Gallagher & Co. | Attn: Legal Department | 2850 Golf Road | Rolling Meadows | IL | 60008 | |
| Axis | Attn: Legal Department | 795 Franklin Ave Suite 210 | Franklin Lakes | NJ | 07417 | |
| Berkley Great Divide | Attn: Legal Department | PO Box 9190 | Des Moines | IA | 50306 | |
| Berkley Insurance Company | Attn: Legal Department | 600 E Las Colina Blvd., Ste 1400 | Irving | TX | 75039 | |
| Berkshire Hathaway | Attn: Legal Department | 3555 Farnam Street | Omaha | NE | 68131 | |
| Bowhead (Midvale Indemnity Co) | Attn: Midvale Indemnity Co | 6000 American Pkwy | Madison | WI | 53783 | |
| Chubb | Attn: Legal Department | 100 Leadenhall Street | London | | EC3A 3BP | United Kingdom |
| Chubb | Attn: Legal Department | 1133 Avenue of the Americas | New York | NY | 10036 | |
| Chubb | Attn: Legal Department | 202 Halls Mill Road | Whitehouse Station | NJ | 08889 | |
| Chubb | Attn: Legal Department | 436 Walnut Street | Philadelphia | PA | 19106 | |
| Endurance Assurance Corporation | Attn: Legal Department | 4 Manhattanville Road | Purchase | NY | 10577 | |
| Endurance Assurance Corporation | Attn: Legal Department | 750 3rd Avenue Floor 1819 | New York | NY | 10017 | |
| Federal Insurance Company | Attn: Legal Department | 202B Hall's Mill Road | Whitehouse Station | NJ | 08889 | |
| Generali U.S. Branch | Attn: Legal Department | 28 Liberty Street Suite 3040 | New York | NY | 10005 | |
| Great Divide Insurance Co. | Attn: Legal Department | 7233 E Butherus Dr | Scottsdale | AZ | 85260 | |
| Great Divide Insurance Co. | Attn: Legal Department | PO Box 9190 | Des Moines | IA | 50306 | |
| HDI Global Specialty | Attn: Legal Department | HDI-Platz 1 | Hannover | | 30659 | Germany |
| Hudson Insurance Company | Attn: Legal Department | 100 William Street 5th Floor | New York | NY | 10038 | |
| Lloyds | Attn: Legal Department | One Lime Street | London | | EC3M 7HA | United Kingdom |
| Lloyds of London | Attn: Legal Department | One Lime Street | London | | EC3M 7HA | United Kingdom |
| Marsh UK | Attn: Legal Department | Tower Place West | London | | EC3R 5BU | United Kingdom |
| Marsh USA Inc. | Attn: Legal Department | 1166 Avenue of the Americas | New York | NY | 10036 | |
| National Union Fire Co PittsburghPA | Attn: Legal Department | 1271 Avenue of the Americas 35th Fl | New York | NY | 10020-1304 | |
| Navigators Insurance Co | Attn: Legal Department | One Hartford Plaza | Hartford | CT | 06155 | |
| QBE Insurance Corporation | Attn: Legal Department | Level 18, 388 George Street | Sydney, NSW | | 2000 | Australia |
| QBE Insurance Corporation | Attn: Legal Department | One QBE Way | Sun Prairie | WI | 53596 | |
| Samphire | Attn: Legal Department | 1-3 Leadenhall Market | London | | EC3V 1LR | United Kingdom |
| Skyward Houston Specialty InsuranCo | Attn: Legal Department | 800 Gessner Road Suite 600 | Houston | TX | 77024 | |
| Tri-state Insurance Co of Minnesota | Attn: Legal Department | 10 Roundwind Rd | Luverne | MN | 56156-1300 | |
| Zurich American Insurance Company | Attn: Legal Department | 1299 Zurich Way | Schaumburg | IL | 60196-1056 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit H**



| Name | Attention | Email |
|------|-----------|-------|
| Allianz Global Corporate & Specialty | c/o ACGS United States | agcscommunication@agcs.allianz.com |
| Allianz Global Corporate & Specialty | c/o AGCS United Kingdom | agcs.uk@allianz.com |
| Arthur J. Gallagher & Co., | | mark_stepuszek@ajg.com |
| Berkshire Hathaway | | berkshire@berkshirehathaway.com |
| Bowhead (Midvale Indemnity Co) | Attn: Midvale Indemnity Co | service@amfambusinessinsurance.com |
| Chubb | | dwills@chubb.com |
| Endurance Assurance Corporation | | fmarsala@enduranceservices.com |
| HDI Global Specialty | | HGS_Germany_Contact@hdi-specialty.com |
| Hudson Insurance Company | | HudsonClaims300@hudsoninsgroup.com |
| Marsh USA Inc. | | valerie.sicari@mercer.com |
| QBE Insurance Corporation | | cass.kitano@us.qbe.com |
| Samphire | | info@samphirerisk.com |
| Skyward (Houston Specialty Insurance Company) | | IR@skywardinsurance.com |
| Tri-state Insurance Co of Minnesota | | bk@iw.net |
| Zurich American Insurance Company | | info.source@zurichna.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit I**



# Exhibit I
Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip | Country |
|------|-----------|---------|------|-------|-----|---------|
| ADP Inc. | Attn Legal Department | 1 ADP Blvd | Roseland | NJ | 07068 | |
| ADP Inc. | | PO Box 842875 | Boston | MA | 02284-2875 | |
| ADP International Services BV | Attn: Legal Department | Lylantse Baan 1 | Capelle Aan Den Ijssel | | LG 2908 | Netherlands |
| Cavala Group | Attn: Legal Department | 40 Wall Street, Suite 1304 | New York | NY | 10005 | |
| Charles Schwab Trust Bank | Attn: Legal Department | 2360 Corporate CIrcle, Suite 400 | Henderson | NV | 89074 | |
| Charles Schwab Trust Bank | Attn: Legal Department | 3000 Schwab Way | Westlake | TX | 76262 | |
| Clgna Health and Life Insurance Co | Attn: Legal Department | 900 Cottage Grove Road | Bloomfield | CT | 06002 | |
| Clgna Inc | Attn: Legal Department | c/o Wells Fargo Bank | Denver | CO | 80291 | |
| Corporate Counseling Associates Inc | Attn: Legal Department | 475 Park Avenue South 8th Floor | New York | NY | 10016 | |
| Discovery Benefits Inc. | Attn: Legal Department | 4321 20th Ave S | Fargo | ND | 58103 | |
| Discovery Benefits Inc. | c/o Wex Benefits | 1 Hancock Street | Portland | ME | 04101 | |
| Firstreliance Standard Insurance Co | Attn: Legal Department | 590 Madison Avenue, 29th Floor | New York | NY | 10022 | |
| Intl Alli Theatricalstge Emp Lcl700 | c/o Motion Pictures Editors Guild | 145 Hudson Street, Suite 201 | New York | NY | 10013 | |
| Intl Alli Theatricalstge Emp Lcl700 | c/o Motion Pictures Editors Guild | 4220 International Parkway Ste 100 | Atlanta | GA | 30354 | |
| Intl Alli Theatricalstge Emp Lcl700 | c/o Motion Pictures Editors Guild | 7715 Sunset Boulevard, Suite 200 | Hollywood | CA | 90046 | |
| Intl Alliance Theatrical Stge Empl | Attn: Legal Department | 207 W. 25th St, 4th Fl. | New York | NY | 10001 | |
| Progyny Inc | Attn: Legal Department | 245 5th Avenue, 4th Floor | New York | NY | 10016 | |
| Rxbenefits Inc. | Attn: Legal Department | 3700 Colonnade Pkwy, Suite 600 | Birmingham | AL | 35243 | |
| Sentinel Benefits Group | Attn: Legal Department | 100 Quannapowitt Pkwy, Suite 300 | Wakefield | MA | 01880 | |
| Sentinel Pension Advisors | Attn: Legal Department | 100 Quannapowitt Pkwy, Suite 300 | Wakefield | MA | 01880 | |
| Try Sparrow Inc | Attn: Legal Department | 535 Mission Street | San Francisco | CA | 94105 | |
| Try Sparrow Inc | | PO Box 7775 #73767 | San Francisco | CA | 94120 | |
| Writers Guild of America East Inc | Attn: Legal Department | 250 Hudson Street, Suite 70 | New York | NY | 10013 | |
| Writers Guild of America West Inc | Attn: Legal Department | 7000 West 3rd Street | Los Angeles | CA | 90048 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit J**



# Exhibit J
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ADP, Inc. | | sean.omalley@adp.com |
| ADP International Services BV | | Email Address Redacted |
| ADP, Inc. | Attn: Legal Department | sean.omalley@adp.com |
| Writers Guild Of America, East, Inc | | wsantana@wgaeast.org |
| Corporate Counseling Associates, Inc. | | finance@ccainc.com |
| Progyny Inc | | finance@progyny.com |
| Cavala Group | | LTD@covalagroup.com |
| Try Sparrow, Inc | | ericac@support.pilot.com |
| Sentinel Benefits Group | | sbgi-financeteam@sentinelgroup.com |
| Sentinel Pension Advisors | | sbgi-financeteam@sentinelgroup.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

# **Exhibit K**



# Exhibit K

Served Via Overnight Mail

| Name | Attention | Address | City | State | Zip |
|------|-----------|---------|------|-------|-----|
| AT&T | Attn: Legal Department | PO Box 6463 | Carol Stream | IL | 60197-6463 |
| Con Edison | Attn: Legal Department | 4 Irving Place | New York | NY | 10003 |
| Con Edison | Attn: Legal Department | PO Box 1702 | New York | NY | 10116 |
| Los Angeles Dept of Water & Power | Attn: Legal Department | 111 North Hope Street | Los Angeles | CA | 90012 |
| Los Angeles Dept of Water & Power | Attn: Legal Department | PO Box 51111 | Los Angeles | CA | 90051-0100 |
| National Grid | Attn: Legal Department | 40 Sylvan Road | Waltham | MA | 02451 |
| National Grid | Attn: Legal Department | PO Box 11741 | Newark | NJ | 07101 |
| Tata Communications Americas Inc. | Attn: Legal Department | 2355 Dulles Corner Blvd Ste 700 | Herndon | VA | 20171 |
| T-Mobile | Attn: Legal Department | PO Box 79004 | St Louis | MO | 63179-0047 |
| Verizon | Attn: Legal Department | PO Box 408 | Newark | NJ | 07101-0408 |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit L**



# Exhibit L
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 49 South Second Street LLC | Attn: Legal Department | 36 Taaffe Place | | Brooklyn | NY | 11205 |
| 49 South Second Street LLC | Attn: Leo Markowitz | 49 South 2nd Street | | Brooklyn | NY | 11211 |
| 49 South Second Street LLC | c/o CTBC Bank Corp. (USA) | 17851 A-1 Colima Road | | Rowland Heights | CA | 91748 |
| American Broadcasting Companies Inc | Attn: Anthony G. Basalari | 28160 Network Place | | Chicago | IL | 60673 |
| American Broadcasting Companies Inc | c/o DWSS Lease Administration | 1180 Celebration Blvd., Suite 201 | Attn: Janena Barbaree | Celebration | FL | 34747 |
| American Broadcasting Companies Inc | c/o DWSS Lease Administration | PO Box 10360 | | Lake Buena Vista | FL | 32830-1000 |
| American Broadcasting Companies Inc | c/o The Walt Disney Company | 500 S Buena Vista St | Attn: Corp. Legal - Real Estate | Burbank | CA | 91521-1216 |
| Cal Realty Holdings LP | Attn: Legal Department | 1627 Electric Avenue | | Venice | CA | 90291 |
| KABD LLC | Attn: Michael Sabourian | 1618 Stanford Street | | Santa Monica | CA | 90404-4121 |
| Motional Ad Inc. | Attn: Legal Department | 100 Northern Avenuesuite 200 | | Boston | MA | 02210 |
| Motional Ad Inc. | Attn: R Garafola P Simshauser | 1625 Electric Avenue | | Venice | CA | 90291 |
| Web Holdings LLC | Attn: Legal Department | 285-289 Kent Avenue | | Brooklyn | NY | 11211 |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit M**



# Exhibit M
Served Via Facsimile

| Name | Attention | Fax |
|---|---|---|
| Axis | | 201-847-9174 |
| CA Dept. of Tax & Finance | | 916-227-1883 |
| District of Columbia | Office of the Attorney General | 202-347-8922 |
| District of Columbia, Dept of Revenue | | 202-442-6890 |
| Ernst & Young US | | 855-889-0438 |
| Great Divide Insurance Co. | | 480-951-9730 |
| LA City Tax | | 213-978-1548 |
| Paul Hastings Europe LLP | | 213-627-0705 |
| State of Alabama | Office of the Attorney General | 334-242-2433 |
| State of Alaska | Office of the Attorney General | 907-269-5110 |
| State of Alaska, Dept of Revenue | | 907-465-2389 |
| State of Arizona | Office of the Attorney General | 602-542-4085 |
| State of Arkansas | Office of the Attorney General | 501-682-8084 |
| State of Arkansas, Dept of Revenue | Director | 501-682-1029 |
| State of California | Office of the Attorney General | 916-323-5341 |
| State of California, Dept of Revenue | | 916-324-2586 |
| State of Colorado | Office of the Attorney General | 720-508-6030 |
| State of Colorado, Dept of Revenue | | 303-205-2376 |
| State of Connecticut | Office of the Attorney General | 860-808-5387 |
| State of Delaware | Office of the Attorney General | 302-577-6630 |
| State of Florida | Office of the Attorney General | 850-410-1630 |
| State of Georgia | Office of the Attorney General | 404-657-8733 |
| State of Hawaii | Office of the Attorney General | 808-586-1239 |
| State of Hawaii, Dept of Revenue | | 808-587-1560 |
| State of Idaho | Office of the Attorney General | 208-854-8071 |
| State of Idaho, Dept of Revenue | | 208-334-7678 |
| State of Indiana | Office of the Attorney General | 317-232-7979 |
| State of Iowa | Office of the Attorney General | 515-281-4209 |
| State of Iowa, Dept of Revenue | | 515-725-0264 |
| State of Kansas | Office of the Attorney General | 785-296-6296 |
| State of Kansas, Dept of Revenue | | 785-291-3614 |
| State of Kentucky | Office of the Attorney General | 502-564-2894 |
| State of Kentucky, Dept of Revenue | | 502-564-8946 |
| State of Louisiana | Office of the Attorney General | 225-326-6797 |
| State of Maine, Dept of Revenue | | 207-624-9694 |
| State of Michigan | Office of the Attorney General | 517-335-7644 |
| State of Minnesota | Office of the Attorney General | 651-282-2155 |
| State of Minnesota, Dept of Revenue | | 651-556-3102 |
| State of Mississippi | Office of the Attorney General | 601-359-4231 |
| State of Mississippi, Dept of Revenue | | 601-923-7344 |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738



| Name | Attention | Fax |
|---|---|---|
| State of Missouri | Office of the Attorney General | 573-751-5818 |
| State of Missouri, Dept of Revenue | | 573-522-1666 |
| State of Montana | Office of the Attorney General | 406-444-3549 |
| State of Nebraska | Office of the Attorney General | 402-471-3297 |
| State of Nevada | Office of the Attorney General | 775-684-1108 |
| State of Nevada, Dept of Revenue | | 775-684-2020 |
| State of New Hampshire | Office of the Attorney General | 603-271-2110 |
| State of New Jersey | Office of the Attorney General | 609-292-3508 |
| State of New Mexico | Office of the Attorney General | 505-490-4883 |
| State of New York | Office of the Attorney General | 866-413-1069 |
| State of North Carolina | Office of the Attorney General | 919-716-6050 |
| State of North Carolina, Dept of Revenue | | 919-850-2954 |
| State of North Dakota | Office of the Attorney General | 701-328-2226 |
| State of Oklahoma | Office of the Attorney General | 405-521-6246 |
| State of Oregon | Office of the Attorney General | 503-378-4017 |
| State of Pennsylvania | Office of the Attorney General | 717-787-8242 |
| State of Rhode Island | Office of the Attorney General | 401-274-3050 |
| State of South Carolina | Office of the Attorney General | 803-253-6283 |
| State of South Dakota | Office of the Attorney General | 605-773-4106 |
| State of Tennessee | Office of the Attorney General | 615-741-2009 |
| State of Texas | Office of the Attorney General | 512-475-2994 |
| State of Utah | Office of the Attorney General | 801-538-1121 |
| State of Utah | Office of the Attorney General, Sean D. Reyes | 801-538-1121 |
| State of Utah, Dept of Revenue | | 801-297-3709 801-297-3802 |
| State of Vermont | Office of the Attorney General | 802-828-3187 |
| State of Vermont, Dept of Revenue | | 802-828-2720 |
| State of Virginia | Office of the Attorney General | 804-225-4378 |
| State of Virginia, Dept of Revenue | | 804-786-4204 |
| State of West Virginia | Office of the Attorney General | 304-558-0140 |
| State of Wisconsin | Office of the Attorney General | 608-267-2779 |
| State of Wyoming | Office of the Attorney General | 307-777-6869 |
| State of Wyoming, Dept of Revenue | | 307-777-3632 |
| The Office of the United States Trustee for Region 2 | Attn: Andrea B. Schwartz | 212-668-2256 |
| Two Twenty Five Broadway Company | | 212-227-3208 |
| Washington State Tax | | 360-705-6699 |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP Attn: Marie C. Pollio | 860-251-5212 |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

# **Exhibit N**



| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 49 South Second Street LLC | Attn: Leo Markowitz | | pinny@ctadigital.com |
| 49 South Second Street LLC | c/o CTBC Bank Corp. (USA) | | pinny@ctadigital.com |
| American Broadcasting Companies, Inc. | Attn: Anthony G. Basalari | | dwss.dl-lease.admin@disney.com<br>corp.legal.realestate@disney.com<br>abc.ar.remittances@disney.com |
| American Broadcasting Companies, Inc. | c/o DWSS Lease Administration | Attn: Janena Barbaree | dwss.dl-lease.admin@disney.com<br>corp.legal.realestate@disney.com<br>abc.ar.remittances@disney.com |
| American Broadcasting Companies, Inc. | c/o The Walt Disney Company | Attn: Corp. Legal - Real Estate | dwss.dl-lease.admin@disney.com<br>corp.legal.realestate@disney.com<br>abc.ar.remittances@disney.com |
| Cal Realty Holdings, LP | | | rs@sccmfinancial.com |
| KABD, LLC | Attn: Michael Sabourian | | s.bowie@1st-comm.com<br>msabourian@corpinfo.com |
| Motional Ad Inc. | Attn: Richard Garafola , Peter Simshauser | | shelley.cheung@motional.com |
| Web Holdings, LLC | | | pinny@ctadigital.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1