UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*, | ) ) ) | Case No. 23-10738 (JPM) |
| Debtors[1] | ) ) | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey C. Wisler, to be admitted ***pro hac vice***, to represent Cigna Health and Life Insurance Company, ("Cigna") a party-in-interest in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware and the bar of the U.S. District Court for the District of Delaware, it is hereby

**ORDERED**, that Jeffrey C. Wisler, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent Cigna, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 25, 2023
New York, New York

*/S/ John P. Mastando III*
THE HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A); Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); and VTV Productions LLC (6854). The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.