**Hearing Date: June 13, 2023, at 9:00 a.m. (Prevailing Eastern Time)**

| | |
|---|---|
| **TOGUT, SEGAL & SEGAL LLP**<br>Albert Togut<br>Kyle J. Ortiz<br>Brian F. Moore<br>One Penn Plaza, Suite 3335<br>New York, NY  10119<br>Phone: (212) 594-5000<br>Email: altogut@teamtogut.com<br>        kortiz@teamtogut.com<br>        bmoore@teamtogut.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | **SHEARMAN & STERLING LLP**<br>Fredric Sosnick<br>William S. Holste<br>Jacob S. Mezei<br>599 Lexington Avenue<br>New York, NY  10022<br>Phone: (212) 848-4000<br>Email: fsosnick@shearman.com<br>        william.holste@shearman.com<br>        jacob.mezei@shearman.com<br><br>**SHEARMAN & STERLING LLP**<br>Ian E. Roberts (*pro hac vice pending*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX  75201<br>Phone: (214) 271-5777<br>Email:   ian.roberts@shearman.com<br><br>*Proposed Special Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VICE GROUP HOLDING INC., *et al.*<br><br>　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-10738 (JPM)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) PROHIBITING UTILITY PROVIDERS FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE, (II) APPROVING PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (III) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS FOR ADDITIONAL ASSURANCE, AND (IV) GRANTING RELATED RELIEF**

---

[1]     The Debtors' in these chapter 11 case, along with the last four digits of each Debtors' tax identification number are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A);  Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); and VTV Productions LLC (6854). The location of the Debtors' service address for purposes of these Chapter 11 Cases is:  49 South 2nd Street, Brooklyn, NY 11249.

**PLEASE TAKE NOTICE** that on May 15, 2023 the debtors and debtors-in-possession in the above-captioned jointly administered bankruptcy cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Prohibiting Utility Providers from Discontinuing, Altering, or Refusing Service, (II) Approving Proposed Form of Adequate Assurance of Payment to Utility Providers, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief* (the "Motion")[2] [Docket No. 18].

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Hearing") on the Motion will be a hybrid hearing held "in person" and "Zoom for Government" on **June 13, 2023, at 9:00 a.m. (Prevailing Eastern Time)** before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Courtroom 501, One Bowling Green, New York, NY 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that, parties wishing to appear at the Hearing, whether making an "in person," "live," or "listen only" appearance before the Court, must make an electronic appearance utilizing the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than **June 12, 2023 at 4:00 p.m. (Prevailing Eastern Time),** (the "Appearance Deadline").  After the Appearance Deadline has passed, parties who have made their electronic appearance through the Court's website to appear via Zoom for Government will receive an invitation from the Court with a Zoom link that

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

will allow them to attend the Hearing. Requests to receive a Zoom link should not be emailed to the Court, and the Court will not respond to late requests that are submitted on the day of the hearing. Further information on the use of Zoom for Government can be found at the Court's website at

https://www.nysb.uscourts.gov/zoom-videohearing-guide.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and any related filings, can be viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, (ii) visiting the website for the Debtors' chapter 11 cases at:

https://cases.stretto.com/vice, or (iii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

DATED:  New York, New York
          June 1, 2023

                                             VICE GROUP HOLDING INC., *et al.*

*Debtors and Debtors in Possession*
*By its Proposed Counsel*
TOGUT, SEGAL & SEGAL LLP,
By:

*/s/Kyle J. Ortiz*
ALBERT TOGUT
KYLE J. ORTIZ
BRIAN F. MOORE
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
altogut@teamtogut.com
kortiz@teamtogut.com
bmoore@teamtogut.com

3