Bradford J. Sandler
Robert J. Feinstein
Cia H. Mackle (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
cmackle@pszjlaw.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*,[1] | Case No. 23-10738 (JPM) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

(the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors")

hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ").  PSZJ hereby enters

---

[1]    The Debtors' in these chapter 11 case, along with the last four digits of each Debtors' tax identification number are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A); Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); and VTV Productions LLC (6854). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 49 South 2nd Street, Brooklyn, NY 11249.

its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases.  PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Robert J. Feinstein
Cia H. Mackle
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
cmackle@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these chapter 11 cases, whether formal or informal, written or oral, and whether

served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to: (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: June 5, 2023                    **PACHULSKI STANG ZIEHL & JONES LLP**

                                      */s/ Bradford J. Sandler*
                                      Bradford J. Sandler
                                      Robert J. Feinstein
                                      Cia H. Mackle (*pro hac vice* pending)
                                      780 Third Avenue, 34th Floor
                                      New York, NY 10017
                                      Telephone: (212) 561-7700
                                      Facsimile: (212) 561-7777
                                      rfeinstein@pszjlaw.com
                                      bsandler@pszjlaw.com
                                      cmackle@pszjlaw.com

                                      *Proposed Counsel for the Official Committee of
                                      Unsecured Creditors*

3