**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*, | Case No. 23-10738 (JPM) |
| Debtors.[1] | Jointly Administered |

## <u>AFFIDAVIT OF SERVICE</u>

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 31, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Presentment of Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases; and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 2002(n)**
  (Docket No. 2, Case No. 23-10866)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A);  Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); and VTV Productions LLC (6854). The location of the Debtors' service address for purposes of these chapter 11 cases is:  49 South 2nd Street, Brooklyn, NY 11249.

Furthermore, on May 31, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the Southern District of New York Bankruptcy Court, Attn: Judge Mastando at One Bowling Green, New York, NY 10004-1408, and via electronic mail to JPM.chambers@nysb.uscourts.gov:

- **Notice of Presentment of Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases; and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 2002(n)** (Docket No. 2, Case No. 23-10866)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 5, 2023

_Christopher Chiu_
Christopher Chiu

State of Colorado     )
                      ) SS.
County of Denver      )

Subscribed and sworn before me this 5th day of June 2023 by Christopher Chiu.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 49 South Second Street LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | 488 Madison Avenue, Fl 23 | New York | NY | 10022 | |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | 425 Lexington Avenue | New York | NY | 10017 | |
| Cal Realty Holdings, LP | c/o Greenburg Glusker Fields Claman & Machtinger LLP | Attn: Jeffrey A. Krieger | 2049 Century Park East, Ste. 2600 | Los Angeles | CA | 90067 | |
| Cigna Health and Life Insurance Company | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | Wilmington | DE | 19801 | |
| Cigna Health and Life Insurance Company | c/o Hunton Andrews Kurth LLP | Attn: Robert A. Rich | 200 Park Avenue | New York | NY | 10166 | |
| Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn Robert J. Feinstein and Bradford J. Sandler | 780 Third Avenue, 34th Floor | New York | NY | 10017 | |
| District of Columbia | Office of the Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | 1345 Avenue of the Americas, 46th Floor | | New York | NY | 10105 | |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | 333 South Grand Avenue | Los Angeles | CA | 90071 | |
| Fortress Credit Corporation | c/o Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Tommy Scheffer & Matt Rowe | 200 Park Avenue | New York | NY | 10166 | |
| Go-Digital | c/o Levene, Neale, Bender, Yoo & Golubchik, L.L.P. | Attn: David L. Neale, Ron Bender | 2818 La Cienega Avenue | Los Angeles | CA | 90034 | |
| Horizon Media Inc | Attn: Maria Freda, EVP, Chief Finance Officer | 75 Varick Street | | New York | NY | 10013 | |
| JP Morgan Chase Bank, N.A. | | 25 Bank Street, Canary Warf | | London | | E14 5JP | United Kingdom |
| Marisa Clifford and B&C 3, LLC | | 26 Birchwood Avenue | | London | | N10 3BE | United Kingdom |
| Motion Picture Editors Guild, IATSE Local 700 | c/o Spivak Lipton LLP | Attn: Elizabeth Orfan | 1040 6th Avenue, 20th Floor | New York | NY | 10018 | |
| New York Tax Commission | | Municipal Building | 1 Centre Street, Room 2400 | New York | NY | 10007 | |
| OMnet LLC | Attn: Carson Kwan, Sr. Director, Finance | 195 Broadway, 8th Floor | | New York | NY | 10007 | |
| OMnet LLC | c/o McDermott Will & Emery LLP | Attn: Darren Azman | One Vanderbilt Avenue | New York | NY | 10017-3852 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | San Francisco | CA | 94105-3493 | |
| Paramount Global and its affiliates, including Pluto Inc., Showtime Networks Inc., and Viacom International Inc. | c/o Stroock & Stroock & Lavan LLP | Attn: Stephan E. Hornung & Alex Talesnick | 180 Maiden Lane | New York | NY | 10038-4982 | |
| Securities and Exchange Commission | Attn: Andrew Calamari | 200 Vesey Street, Ste 400 | Regional Director Brookfield Place | New York | NY | 10281-1022 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of Arkansas | Office of the Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Colorado | Office of the Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| State of Connecticut | Office of the Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State of Delaware | Office of the Attorney General | Department of Justice, Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Georgia | Office of the Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State of Hawaii | Office of the Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State of Idaho | Office of the Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State of Illinois | Office of the Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State of Indiana | Office of the Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State of Iowa | Office of the Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State of Kansas | Office of the Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State of Kentucky | Office of the Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |
| State of Louisiana | Office of the Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State of Massachusetts | Office of the Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State of Michigan | Office of the Attorney General | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| State of Minnesota | Office of the Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State of Mississippi | Office of the Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State of Missouri | Office of the Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| State of Montana | Office of the Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State of Nebraska | Office of the Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State of Nevada | Office of the Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State of New Hampshire | Office of the Attorney General | Nh Department of Justice | 33 Capitol St | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State of New Mexico | Office of the Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State of New York | Office of the Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Document Ref: G7E2S-4RNGV-HUJ5S-QMAPB

**Exhibit A**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of North Dakota | Office of the Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State of Ohio | Office of the Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Oregon | Office of the Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of Rhode Island | Office of the Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State of South Carolina | Office of the Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State of South Dakota | Office of the Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Utah | Office of the Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| State of Utah | Office of the Attorney General, Sean D. Reyes | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State of Vermont | Office of the Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State of Virginia | Office of the Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State of Washington | Office of the Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Washington | Office of the Attorney General | PO Box 40100 | | Olympia | WA | 98504 | |
| State of West Virginia | Office of the Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State of Wyoming | Office of the Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| The Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| The Office of the United States Attorney for the Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | | New York | NY | 10007 | |
| The Office of the United States Trustee | Attn: Andrea B. Schwartz | Alexander Hamilton Custom House | One Bowling Green, Suite 534 | New York | NY | 10004 | |
| Thomas Benski and B&C 3, LLC | Notice Name Redacted | COMO Parrot Cay Provideciales TKCA IZZ | | | | | Turks and Caicos Islands |
| TPG Virat Holdings 1, L.P. and Sixth Street Virat Holdings 3, LLC | c/o Wachtell, Lipton, Rosen & Katz | Attn:  Scott K. Charles and Neil M. Snyder | 51 West 52nd Street | New York | NY | 10019 | |
| Web Holdings LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | 488 Madison Avenue, Fl 23 | New York | NY | 10022 | |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn:  Marie C. Pollio & Latonia C. Williams | One Constitution Plaza | Hartford | CT | 06103-1919 | |
| Wipro LLC | Attn: Pankaj Narnolia, Head - Finance | 1114 Avenue of the Americas, Suite 3030 | | New York | NY | 10036 | |
| Wolftech Broadcast Solutions AS | c/o ASK LLP | Attn: Marianna Udem, Brigette G. McGrath | 60 East 42nd Street, 46th Floor | New York | NY | 10165 | |
| Wolftech Broadcast Solutions AS | Notice Name Redacted | Agnes Mowinckelsgate 6 | | Bergen | | 5008 | Norway |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene | 1040 6th Avenue 20th Floor | New York | NY | 10018 | |
| XWP Co. Pty Ltd. | Attn: Sarah Prelorenzo, Chief Financial Officer | 2/13 Chadwell Grove | | Chelsea | VIC | 3196 | Australia |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

Document Ref: G7E2S-4RNGV-HUJ5S-QMAPB

# **<u>Exhibit B</u>**

Document Ref: G7E2S-4RNGV-HUJ5S-QMAPB



**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 49 South Second Street LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | mfrankel@bfklaw.com |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>ashley.gherlone@stblaw.com |
| American Broadcasting Companies, Inc. | c/o McGrail & Bensinger LLP | Attn: David C. McGrail, Veronique A. Urban | dmcgrail@mcgrailbensinger.com<br>vurban@mcgrailbensinger.com |
| Cal Realty Holdings, LP | c/o Greenburg Glusker Fields Claman & Machtinger LLP | Attn: Jeffrey A. Krieger | JKrieger@GreenburgGlusker.com |
| Cigna Health and Life Insurance Company | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Cigna Health and Life Insurance Company | c/o Hunton Andrews Kurth LLP | Attn: Robert A. Rich | rrich@huntonak.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | | gccredit@fortress.com |
| Fortress Credit Corporation | c/o Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Tommy Scheffer & Matt Rowe | dfeldman@gibsondunn.com<br>tscheffer@gibsondunn.com<br>mrowe@gibsondunn.com |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | mneumeister@gibsondunn.com |
| Go-Digital | c/o Levene, Neale, Bender, Yoo & Golubchik, L.L.P. | Attn: David L. Neale, Ron Bender | dln@lnbyg.com<br>rb@lnbyg.com |
| Horizon Media Inc | Attn: Maria Freda, EVP, Chief Finance Officer | | sfried@horizonmedia.com<br>mfreda@horizonmedia.com |
| Motion Picture Editors Guild, IATSE Local 700 | c/o Spivak Lipton LLP | Attn: Elizabeth Orfan | eorfan@spivaklipton.com |
| OMnet LLC | Attn: Carson Kwan, Sr. Director, Finance | | Carson.kwan@omnicomediagroup.com |
| OMnet LLC | c/o McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Paramount Global and its affiliates, including Pluto Inc., Showtime Networks Inc., and Viacom | c/o Stroock & Stroock & Lavan LLP | Attn: Stephan E. Hornung & Alex Talesnick | shornung@stroock.com<br>atalesnick@stroock.com |
| Securities And Exchange Commission | Attn: Andrew Calamari | | NYROBankruptcy@SEC.GOV |
| State of Alabama | Office of the Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | BCEIntake@azag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of the Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State of Connecticut | Office of the Attorney General | | attorney.general@ct.gov |
| State of Delaware | Office of the Attorney General | | Attorney.General@state.DE.US |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of the Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of the Attorney General | | lawrence.wasden@ag.idaho.gov |
| State of Illinois | Office of the Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of the Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Office of the Attorney General | | derek.schmidt@ag.ks.gov |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 2



**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Kentucky | Office of the Attorney General | | KyOAGOR@ky.gov |
| State of Louisiana | Office of the Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of Minnesota | Office of the Attorney General | | Attorney.General@ag.state.mn.us |
| State of Missouri | Office of the Attorney General | | consumer.help@ago.mo.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of the Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of the Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of the Attorney General | | ellen.rosenblum@dog.state.or.us |
| State of Utah | Office of the Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Utah | Office of the Attorney General | | uag@utah.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of the Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of the Attorney General | | consumer@wvago.gov |
| The Office of the United States Trustee | Attn: Andrea B. Schwartz | | andrea.b.schwartz@usdoj.gov |
| Web Holdings LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | mfrankel@bfklaw.com |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn:  Marie C. Pollio & Latonia C. Williams | mpollio@goodwin.com lwilliams@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Wipro LLC | Attn: Pankaj Narnolia, Head - Finance | | Pankaj.narnolia@wipro.com |
| Wolftech Broadcast Solutions AS | Notice Name Redacted | | ab@wolftech.no Email Address Redacted |
| Wolftech Broadcast Solutions AS | c/o ASK LLP | Attn: Marianna Udem, Brigette G. McGrath | mudem@askllp.com bmcgrath@askllp.com |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene | egreene@spivaklipton.com |
| XWP Co. Pty Ltd. | Attn: Sarah Prelorenzo, Chief Financial Officer | | sarah@x-company.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Document Ref: G7E2S-4RNGV-HUJ5S-QMAPB

# Signature Certificate

Reference number: G7E2S-4RNGV-HUJ5S-QMAPB

| Signer | Timestamp | Signature |
|---|---|---|

**Christopher Chiu**
Email: christopher.chiu@stretto.com

| | |
|---|---|
| Sent: | 05 Jun 2023 21:04:21 UTC |
| Viewed: | 05 Jun 2023 21:04:28 UTC |
| Signed: | 05 Jun 2023 21:04:48 UTC |

*Christopher Chiu*

**Recipient Verification:**

| | |
|---|---|
| ✔ Email verified | 05 Jun 2023 21:04:28 UTC |
| ✔ Personally Known | 05 Jun 2023 21:04:13 UTC |

IP address: 76.86.30.3
Location: Tustin, United States

**Danielle Harnden**
Email: danielle.harnden@stretto.com

| | |
|---|---|
| Sent: | 05 Jun 2023 21:04:21 UTC |
| Viewed: | 05 Jun 2023 21:05:01 UTC |
| Signed: | 05 Jun 2023 21:05:11 UTC |

*Danielle Harnden*

IP address: 24.8.216.19
Location: Aurora, United States

Document notarized online using audio-video communication on:
05 Jun 2023 21:05:11 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

