**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*, | Case No. 23-10738 (JPM) |
| Debtors.[1] | (Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On June 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Second Interim Order (I) Authorizing the Debtors to Continue to (A) Utilize Their Existing Cash Management System, (B) Maintain Their Existing Bank Accounts, (C) Perform Intercompany Transactions, and (D) Utilize and Maintain Their Existing Business Forms and (II) Granting Related Relief** (Docket No. 187)

- **Second Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief** (Docket No. 188)

Furthermore, on June 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, via electronic mail on the service list attached hereto as **<u>Exhibit D</u>**:

- **Second Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief** (Docket No. 188)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A);  Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); VTV Productions LLC (6854); and Goldie Films, Inc. (1241). The location of the Debtors' service address for purposes of these chapter 11 cases is:  49 South 2nd Street, Brooklyn, NY 11249.

Furthermore, on June 20, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the Southern District of New York Bankruptcy court, Attn: Judge Mastando at One Bowling Green, New York, NY 10004-1408, and via electronic mail to JPM.chambers@nysb.uscourts.gov:

- **Second Interim Order (I) Authorizing the Debtors to Continue to (A) Utilize Their Existing Cash Management System, (B) Maintain Their Existing Bank Accounts, (C) Perform Intercompany Transactions, and (D) Utilize and Maintain Their Existing Business Forms and (II) Granting Related Relief** (Docket No. 187)

- **Second Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations Arising from Compensation and Benefits Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief** (Docket No. 188)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: June 21, 2023

Christopher Chiu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of June, 2023, by Christopher Chiu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **Exhibit A**

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention 1 | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 49 South Second Street LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | 488 Madison Avenue, Fl 23 | | New York | NY | 10022 | |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | 425 Lexington Avenue | | New York | NY | 10017 | |
| Antitrust Division of Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530 | |
| CA Dept. of Tax & Finance | | PO Box 942840 | | | Sacramento | CA | 94240-0001 | |
| Cal Realty Holdings, LP | c/o Greenburg Glusker Fields Claman & Machtinger LLP | Attn: Jeffrey A. Krieger | 2049 Century Park East, Ste. 2600 | | Los Angeles | CA | 90067 | |
| California Secretary of State | Administration Office | 1500 11th Street | | | Sacramento | CA | 95814 | |
| Cigna Health and Life Insurance Company | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | | Wilmington | DE | 19801 | |
| Cigna Health and Life Insurance Company | c/o Hunton Andrews Kurth LLP | Attn: Robert A. Rich | 200 Park Avenue | | New York | NY | 10166 | |
| City National, N.A. | Attn: Legal Department | 555 South Flower Street | | | Los Angeles | CA | 90071 | |
| Commonwealth of Pennsylvania, Department of Revenue | Attn: Christos A. Katsaounis | PO Box 281061 | Office of Chief Counsel | | Harrisburg | PA | 17128-1061 | |
| Concur Technologies, Inc. | c/o Brown & Connery, LLP | Attn: Donald K. Ludman | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | |
| Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn Robert J. Feinstein, Bradford J. Sandler, Cia H. Mackle | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | |
| CT State Tax | | 450 Columbus Blvd. | | | Hartford | CT | 06103 | |
| Delaware Secretary of State | Division of Corporations | John G. Townsend Bldg. | 401 Federal Street, – Suite 4 | | Dover | DE | 19901 | |
| District of Columbia | Office of the Attorney General | 441 4Th St Nw, Ste 1100S | | | Washington | DC | 20001 | |
| District of Columbia, Dept of Revenue | | Office of Tax And Revenue | 1101 4Th St. Sw # 270 | | Washington | DC | 20024 | |
| Entertainment Industries Employer Association | c/o Holland & Hart LLP | Attn: Robert A. Faucher & Julie A. Hamilton | 800 W. Main Street, Suite 1750 | | Boise | ID | 83702-7714 | |
| Entertainment Industries Employer Association | c/o McGrail & Bensinger LLP | Attn: David C. McGrail & Veronique A. Urban | 888-C 8th Avenue #107 | | New York | NY | 10019 | |
| Federal Communications Commission | | 45 L Street NE | | | Washington | DC | 20554 | |
| Federal Trade Commission | | 600 Pennsylvania Avenue, NW | | | Washington | DC | 20580 | |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | 1345 Avenue of the Americas, 46th Floor | | | New York | NY | 10105 | |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | 333 South Grand Avenue | | Los Angeles | CA | 90071 | |
| Fortress Credit Corporation | c/o Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Tommy Scheffer, Matt Rowe & Michael S. Neumeister | 200 Park Avenue | | New York | NY | 10166 | |
| Go-Digital | c/o Levene, Neale, Bender, Yoo & Golubchik, L.L.P. | Attn: David L. Neale, Ron Bender | 2818 La Cienega Avenue | | Los Angeles | CA | 90034 | |
| Horizon Media Inc | Attn: Maria Freda, EVP, Chief Finance Officer | 75 Varick Street | | | New York | NY | 10013 | |
| IL Dept of Finance | | 101 Jefferson St. | | | Springfield | IL | 62702 | |
| JP Morgan Chase Bank, N.A. | | 25 Bank Street, Canary Warf | | | London | | E14 5JP | United Kingdom |
| JPMorgan Chase Bank, N.A. | Attn: Legal Department | 383 Madison Ave | | | New York | NY | 10179-0001 | |
| JPMorgan Chase Bank, N.A. | Attn: Legal Department | Commercial Card Solutions | PO Box 2015 | Mail Suite II1-6225 | Elgin | IL | 60121 | |
| JPMorgan Chase Bank, N.A. | Attn: Legal Department | PO Box 15918 | Mail Suite De1-1404 | | Wilmington | DE | 19850 | |
| LA City Tax | | 500 W Templeton St. | | | Los Angeles | CA | 90012 | |
| Marisa Clifford and B&C 3, LLC | | 26 Birchwood Avenue | | | London | | N10 3BE | United Kingdom |
| Ministerie van Financiën | | Korte Voorhout 7 | Postbus 20201 | | EE Den Haag | 2500 | | Netherlands |
| Motion Picture Editors Guild, IATSE Local 700 | c/o Spivak Lipton LLP | Attn: Elizabeth Orfan | 1040 6th Avenue, 20th Floor | | New York | NY | 10018 | |
| New York Secretary of State | c/o Department of State | 123 William Street | | | New York | NY | 10038-3804 | |
| New York Tax Commission | | Municipal Building | 1 Centre Street, Room 2400 | | New York | NY | 10007 | |
| NY State Tax & Finance | | WA Harriman Campus | | | Albany | NY | 12227 | |
| NYC Dept. of Finance | | PO Box 3922 | | | New York | NY | 10008-3922 | |
| Office of Communications | | Riverside House | 2a Southwark Bridge Road | | London | | SE1 9HA | United Kingdom |
| OMnet LLC | Attn: Carson Kwan, Sr. Director, Finance | 195 Broadway, 8th Floor | | | New York | NY | 10007 | |
| OMnet LLC | c/o McDermott Will & Emery LLP | Attn: Darren Azman | One Vanderbilt Avenue | | New York | NY | 10017-3852 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 | |
| Paramount Global and its affiliates, including Pluto Inc., Showtime Networks Inc., and Viacom International Inc. | c/o Stroock & Stroock & Lavan LLP | Attn: Stephan E. Hornung & Alex Talesnick | 180 Maiden Lane | | New York | NY | 10038-4982 | |
| PNC | Attn: Legal Department | 300 Fifth Avenue | | | Pittsburgh | PA | 15222 | |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Hanna J. Redd | 111 Huntington Avenue, 9th Floor | | Boston | MA | 02199 | |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Jonathan W. Young | 701 8th Street, N.W., Suite 500 | | Washington | DC | 20001 | |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Sean A. Feener | Brookfield Place, 200 Vesey Street, 20th Floor | | New York | NY | 10281 | |
| Royal Bank of Canada | Attn: Legal Department | 200 Bay Street, South Tower | | | Toronto | ON | M5J 2J5 | Canada |
| Scotia Bank | Attn: Legal Department | 250 Vesey Street | | | New York | NY | 10281 | |
| Scotia Bank | Attn: Legal Department | 44 King St. West | Scotia Plaza, 8th floor | | Toronto | ON | M5H 1H1 | Canada |
| Scotia Bank | Attn: Legal Department | 54 Broadway St | | | Kensington | PE | C0B 1M0 | Canada |
| Securities And Exchange Commission | Attn: Andrew Calamari | 200 Vesey Street, Ste 400 | Regional Director Brookfield Place | | New York | NY | 10281-1022 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | | Montgomery | AL | 36104 | |
| State of Alabama, Dept of Revenue | | Alabama Department of Revenue | 50 N. Ripley | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 | |
| State of Alaska, Dept of Revenue | | Alaska Department of Revenue | PO Box 110400 | | Juneau | AK | 99811-0400 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004 | |
| State of Arizona, Dept of Revenue | | Arizona Department of Revenue | PO Box 29085 | | Phoenix | AZ | 85038 | |
| State of Arkansas | Office of the Attorney General | 323 Center St, Ste 200 | | | Little Rock | AR | 72201 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

**Exhibit A**
Served Via First-Class Mail



| Name | Attention 1 | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| State of Arkansas, Dept of Revenue | Director | Department of Finance And Administration | DFA Building | 1509 W 7Th St, Rm 401 | Little Rock | AR | 72201 | |
| State of California | Office of the Attorney General | PO Box 944255 | | | Sacramento | CA | 94244-2550 | |
| State of California, Dept of Revenue | | State Board of Equalization | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 | |
| State of Colorado | Office of the Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 | |
| State of Colorado, Dept of Revenue | | Colorado Department of Revenue | Taxation Division | 1375 Sherman St. | Denver | CO | 80203 | |
| State of Connecticut | Office of the Attorney General | 55 Elm St | | | Hartford | CT | 06106 | |
| State of Connecticut, Dept of Revenue | | Department of Revenue Services | 450 Columbus Blvd., Ste 1 | | Hartford | CT | 06103 | |
| State of Delaware | Office of the Attorney General | Department of Justice, Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 | |
| State of Delaware, Dept of Revenue | | Division of Revenue | 820 N. French Street | | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | | Tallahassee | FL | 32399 | |
| State of Florida, Dept of Revenue | General Counsel | Department of Revenue | PO Box 6668 | | Tallahassee | FL | 32314-6668 | |
| State of Georgia | Office of the Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 | |
| State of Georgia, Dept of Revenue | | Georgia Department of Revenue | PO Box  740321 | | Atlanta | GA | 30374-0321 | |
| State of Hawaii | Office of the Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 | |
| State of Hawaii, Dept of Revenue | | Hawaii State Department of Taxation | 75 Aupuni Street #101 | | Hilo | HI | 96720-4245 | |
| State of Idaho | Office of the Attorney General | 700 W. Jefferson St, Suite 210 | | | Boise | ID | 83720 | |
| State of Idaho, Dept of Revenue | | Idaho State Tax Commission | Collection Division | PO Box 36 | Boise | ID | 83722-0410 | |
| State of Illinois | Office of the Attorney General | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 62706 | |
| State of Illinois, Dept of Revenue | | Dept of Revenue | Willard Ice Building | 101 West Jefferson St | Springfield | IL | 62702 | |
| State of Indiana | Office of the Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | | Indianapolis | IN | 46204 | |
| State of Indiana, Dept of Revenue | | Indiana Department of Revenue | 100 N. Senate Ave | | Indianapolis | IN | 46204 | |
| State of Iowa | Office of the Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | | Des Moines | IA | 50319 | |
| State of Iowa, Dept of Revenue | | Department of Revenue | Hoover State Office Building, 4Th Fl | 1305 E. Walnut | Des Moines | IA | 50319 | |
| State of Kansas | Office of the Attorney General | 120 SW 10Th Ave, 2nd Fl | | | Topeka | KS | 66612 | |
| State of Kansas, Dept of Revenue | | Kansas Department of Revenue | Scott State Office Building | 120 Se 10Th Ave. | Topeka | KS | 66612-1588 | |
| State of Kentucky | Office of the Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | | Frankfort | KY | 40601 | |
| State of Kentucky, Dept of Revenue | | Kentucky Department of Revenue | 501 High Street | | Frankfort | KY | 40601 | |
| State of Louisiana | Office of the Attorney General | 1885 N. Third St | | | Baton Rouge | LA | 70802 | |
| State of Louisiana, Dept of Revenue | | Dept of Revenue | 617 North Third St | | Baton Rouge | LA | 70802 | |
| State of Maine | Office of the Attorney General | 6 State House Station | | | Augusta | ME | 04333 | |
| State of Maine, Dept of Revenue | | Maine Revenue Services | PO Box 9107 | | Augusta | ME | 04332-9107 | |
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | | Baltimore | MD | 21202 | |
| State of Maryland, Dept of Revenue | Comptroller of Maryland | Revenue Admin. Division | 110 Carroll Street | | Annapolis | MD | 21411-0001 | |
| State of Massachusetts | Office of the Attorney General | 1 Ashburton Place, 20Th Floor | | | Boston | MA | 02108 | |
| State of Massachusetts, Dept of Revenue | | Massachusetts Department of Revenue | 100 Cambridge Street | | Boston | MA | 02114 | |
| State of Michigan | Office of the Attorney General | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | | Lansing | MI | 48909 | |
| State of Michigan, Dept of Revenue | | Michigan Department of Treasury | 3060 W. Grand Blvd. | | Detroit | MI | 48202 | |
| State of Minnesota | Office of the Attorney General | 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 | |
| State of Minnesota, Dept of Revenue | | Dept of Revenue | 600 North Robert St | | St. Paul | MN | 55101 | |
| State of Mississippi | Office of the Attorney General | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| State of Mississippi, Dept of Revenue | | Mississippi Department of Revenue | 500 Clinton Center Drive | | Clinton | MS | 39056 | |
| State of Mississippi, Dept of Revenue | | Mississippi Department of Revenue | PO Box 23338 | | Jackson | MS | 39225-3338 | |
| State of Missouri | Office of the Attorney General | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 | |
| State of Missouri, Dept of Revenue | | Missouri Dept. of Revenue | Harry S Truman State Office Building | 301 West High Street | Jefferson City | MO | 65101 | |
| State of Montana | Office of the Attorney General | 215 N. Sanders | Justice Building, Third Fl | | Helena | MT | 59601 | |
| State of Montana, Dept of Revenue | | Montana Department of Revenue | PO Box 8108 | | Helena | MT | 59604-8018 | |
| State of Nebraska | Office of the Attorney General | 2115 State Capitol | | | Lincoln | NE | 68509 | |
| State of Nebraska, Dept of Revenue | | Nebraska Department of Revenue | Nebraska State Office Building | 301 Centennial Mall S. | Lincoln | NE | 68508 | |
| State of Nevada | Office of the Attorney General | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 | |
| State of Nevada, Dept of Revenue | | Department of Taxation | 1550 College Parkway, Suite 115 | | Carson City | NV | 89706 | |
| State of Nevada, Dept of Revenue | | Department of Taxation | 500 East Third Street | | Carson City | NV | 89713-0030 | |
| State of New Hampshire | Office of the Attorney General | Nh Department of Justice | 33 Capitol St. | | Concord | NH | 03301 | |
| State of New Hampshire, Dept of Revenue | | Department of Revenue Admin. | Governor Hugh Gallen State Office Park | 109 Pleasant Street | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | | Trenton | NJ | 08611 | |
| State of New Jersey, Dept of Revenue | | New Jersey Division of Taxation | Revenue Processing Center | PO Box 666 | Trenton | NJ | 08646-0666 | |
| State of New Jersey, Dept of Revenue | | New Jersey Division of Taxation | Revenue Processing Center | PO Box 281 | Trenton | NJ | 08695-0281 | |
| State of New Mexico | Office of the Attorney General | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 | |
| State of New Mexico, Dept of Revenue | | New Mexico Tax And Revenue Dept | 1100 South St. Francis Drive | | Sante Fe | NM | 87504 | |
| State of New York | Office of the Attorney General | The Capitol | 2nd Floor | | Albany | NY | 12224 | |
| State of New York, Dept of Revenue | | Dept. of Taxation And Finance | Bankruptcy Section | PO Box 5300 | Albany | NY | 12205-0300 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 | |
| State of North Carolina, Dept of Revenue | | Dept of Revenue | PO Box 871 | | Raleigh | NC | 27602 | |
| State of North Dakota | Office of the Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 | |
| State of North Dakota, Dept of Revenue | | Office of State Tax Commissioner | 600 E. Boulevard Ave. | | Bismarck | ND | 58505-0599 | |
| State of Ohio | Office of the Attorney General | State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738



**Exhibit A**
Served Via First-Class Mail

| Name | Attention 1 | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| State of Ohio, Dept of Revenue | | Ohio Department of Taxation | 4485 Northland Ridge Blvd. | | Columbus | OH | 43229 | |
| State of Ohio, Dept of Revenue | | Ohio Department of Taxation | PO Box 530 | | Columbus | OH | 43216-0530 | |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | | Oklahoma City | OK | 73105 | |
| State of Oklahoma, Dept of Revenue | | Tax Commission | 2501 North Lincoln Boulevard | | Oklahoma City | OK | 73194 | |
| State of Oregon | Office of the Attorney General | 1162 Court St Ne | | | Salem | OR | 97301 | |
| State of Oregon, Dept of Revenue | | Oregon Dept of Revenue | 955 Center St NE | | Salem | OR | 97301-2555 | |
| State of Oregon, Dept of Revenue | | Oregon Dept of Revenue | PO Box 14730 | | Salem | OR | 97309-0464 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 | |
| State of Pennsylvania, Dept of Revenue | | Pennsylvania Dept. of Revenue | 1846 Brookwood St | | Harrisburg | PA | 17104 | |
| State of Rhode Island | Office of the Attorney General | 150 S Main St | | | Providence | RI | 02903 | |
| State of Rhode Island, Dept of Revenue | Division of Taxation | One Capital Hill | | | Providence | RI | 02908 | |
| State of South Carolina | Office of the Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 | |
| State of South Carolina, Dept of Revenue | | South Carolina Dept. of Revenue | 300A Outlet Pointe Boulevard | | Columbia | SC | 29210 | |
| State of South Dakota | Office of the Attorney General | 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501 | |
| State of South Dakota, Dept of Revenue | | South Dakota Department of Revenue | 445 East Capitol Ave | | Pierre | SD | 57501-3185 | |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | | Nashville | TN | 37243 | |
| State of Tennessee, Dept of Revenue | | Tennessee Department of Revenue | Collection Services Division | 500 Deaderick Street | Nashville | TN | 37242 | |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 | |
| State of Texas, Dept of Revenue | | Texas Comptroller of Pub. Accounts | PO Box 13528 | Capitol Station | Austin | TX | 78711-3528 | |
| State of Utah | Office of the Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 | |
| State of Utah | Office of the Attorney General, Sean D. Reyes | State Capitol, Room 236 | | | Salt Lake City | UT | 84114 | |
| State of Utah, Dept of Revenue | | Utah State Tax Commission | 210 North 1950 West | | Salt Lake City | UT | 84134-0700 | |
| State of Vermont | Office of the Attorney General | 109 State St. | | | Montpelier | VT | 05609 | |
| State of Vermont, Dept of Revenue | | Vermont Department of Taxes | 133 State Street | | Montpelier | VT | 05633 | |
| State of Virginia | Office of the Attorney General | 202 N. Ninth St. | | | Richmond | VA | 23219 | |
| State of Virginia, Dept of Revenue | | Virginia Department of Taxation | 1957 Westmoreland Street | | Richmond | VA | 23230 | |
| State of Washington | Office of the Attorney General | 1125 Washington St Se | | | Olympia | WA | 98501 | |
| State of Washington | Office of the Attorney General | PO Box 40100 | | | Olympia | WA | 98504 | |
| State of Washington, Dept of Revenue | | Depart of Revenue | PO Box 47473 | | Olympia | WA | 98504-7463 | |
| State of West Virginia | Office of the Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 | |
| State of West Virginia, Dept of Revenue | | West Virginia Department of Revenue | 1124 Smith Street | | Charleston | WV | 25301 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 | |
| State of Wisconsin, Dept of Revenue | | Wisconsin Department of Revenue | PO Box 8949 | | Madison | WI | 53713 | |
| State of Wyoming | Office of the Attorney General | Kendrick Building | 2320 Capitol Ave | | Cheyenne | WY | 82002 | |
| State of Wyoming, Dept of Revenue | | Wyoming Department of Revenue | 122 West 25th Street, 3Rd Floor E. | | Cheyenne | WY | 82002-0110 | |
| Texas Dept of Revenue | | PO Box 149359 | | | Austin | TX | 78714-9359 | |
| The Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| The Office of the United States Attorney for the Southern District of New York | | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | | New York | NY | 10007 | |
| The Office of the United States Trustee | Attn: Andrea B. Schwartz & Annie Wells | Alexander Hamilton Custom House | One Bowling Green, Suite 534 | | New York | NY | 10004 | |
| Thomas Benski and B&C 3, LLC | Notice Name Redacted | COMO Parrot Cay Provideciales | | | TKCA IZZ | | | Turks and Caicos Islands |
| TPG Virat Holdings 1, L.P. and Sixth Street Virat Holdings 3, LLC | c/o Wachtell, Lipton, Rosen & Katz | Attn:  Scott K. Charles and Neil M. Snyder | 51 West 52nd Street | | New York | NY | 10019 | |
| Treasurer and Tax Collector for the County of Los Angeles | Tax Collections Branch Secured Property Tax Division | 225 N Hill Street | First Floor Lobby | | Los Angeles | CA | 90012 | |
| Washington DC Secretary of State | | 1350 Pennsylvania Avenue NW, Suite 419 | | | Washington | DC | 20004 | |
| Washington Real Property Tax | | 441 4th Street, NW, Suite 360 North | | | Washington | DC | 20001 | |
| Washington State Tax | | PO Box 9034 | | | Olympia | WA | 98507-9034 | |
| Web Holdings LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | 488 Madison Avenue, Fl 23 | | New York | NY | 10022 | |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn:  Marie C. Pollio & Latonia C. Williams | One Constitution Plaza | | Hartford | CT | 06103-1919 | |
| Wipro LLC | Attn: Pankaj Narnolia, Head - Finance | 1114 Avenue of the Americas, Suite 3030 | | | New York | NY | 10036 | |
| Wolftech Broadcast Solutions AS | c/o ASK LLP | Attn: Marianna Udem, Brigette G. McGrath | 60 East 42nd Street, 46th Floor | | New York | NY | 10165 | |
| Wolftech Broadcast Solutions AS | Notice Name Redacted | Agnes Mowinckelsgate 6 | | | Bergen | | 5008 | Norway |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene | 1040 6th Avenue 20th Floor | | New York | NY | 10018 | |
| XWP Co. Pty Ltd. | Attn: Sarah Prelorenzo, Chief Financial Officer | 2/13 Chadwell Grove | | | Chelsea | VIC | 3196 | Australia |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 3 of 3

# **Exhibit B**

# STRETTO

**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 49 South Second Street LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | mfrankel@bfklaw.com |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | sunny.singh@stblaw.com<br>nbaker@stblaw.com<br>ashley.gherlone@stblaw.com |
| American Broadcasting Companies, Inc. | c/o McGrail & Bensinger LLP | Attn: David C. McGrail, Veronique A. Urban | dmcgrail@mcgrailbensinger.com<br>vurban@mcgrailbensinger.com |
| Antitrust Division of Department of Justice | | | antitrust.atr@usdoj.gov |
| CA Dept. of Tax & Finance | | | SacramentoInquiries@cdtfa.ca.gov |
| Cal Realty Holdings, LP | c/o Greenburg Glusker Fields Claman & Machtinger LLP | Attn: Jeffrey A. Krieger | JKrieger@GreenburgGlusker.com |
| Cigna Health and Life Insurance Company | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Cigna Health and Life Insurance Company | c/o Hunton Andrews Kurth LLP | Attn: Robert A. Rich | rrich@huntonak.com |
| Commonwealth of Pennsylvania, Department of Revenue | Attn: Christos A. Katsaounis | | ra-occbankruptcy5@state.pa.us |
| Concur Technologies, Inc. | c/o Brown & Connery, LLP | Attn: Donald K. Ludman | dludman@brownconnery.com |
| Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn Robert J. Feinstein, Bradford J. Sandler, Cia H. Mackle | rfeinstein@pszjlaw.com<br>bsandler@pszjlaw.com<br>cmackle@pszjlaw.com |
| CT State Tax | | | DRS@ct.gov |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Entertainment Industries Employer Association | c/o Holland & Hart LLP | Attn: Robert A. Faucher & Julie A. Hamilton | rfaucher@hollandhart.com<br>jahamilton@hollandhart.com |
| Entertainment Industries Employer Association | c/o McGrail & Bensinger LLP | Attn: David C. McGrail & Veronique A. Urban | dmcgrail@mcgrailbensinger.com<br>vurban@mcgrailbensinger.com |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | | gccredit@fortress.com |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | mneumeister@gibsondunn.com |
| Fortress Credit Corporation | c/o Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Tommy Scheffer, Matt Rowe & Michael S. Neumeister | dfeldman@gibsondunn.com<br>tscheffer@gibsondunn.com<br>mrowe@gibsondunn.com<br>mneumeister@gibsondunn.com |
| Go-Digital | c/o Levene, Neale, Bender, Yoo & Golubchik, L.L.P. | Attn: David L. Neale, Ron Bender | dln@lnbyg.com<br>rb@lnbyg.com |
| Horizon Media Inc | Attn: Maria Freda, EVP, Chief Finance Officer | | sfried@horizonmedia.com<br>mfreda@horizonmedia.com |
| JPMorgan Chase Bank, N.A. | Attn: Legal Department | | usso.proxy.team@jpmorgan.com<br>jpmorganinformation.services@jpmorgan.com<br>ib.mandatory.corp.actions@jpmorgan.com |
| LA City Tax | | | Finance.CustomerService@lacity.org |
| Motion Picture Editors Guild, IATSE Local 700 | c/o Spivak Lipton LLP | Attn: Elizabeth Orfan | eorfan@spivaklipton.com |
| NYC Dept. of Finance | | | orpts.northern@tax.ny.gov |
| OMnet LLC | Attn: Carson Kwan, Sr. Director, Finance | | Carson.kwan@omnicomediagroup.com |
| OMnet LLC | c/o McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Paramount Global and its affiliates, including Pluto Inc., Showtime Networks Inc., and Viacom International Inc. | c/o Stroock & Stroock & Lavan LLP | Attn: Stephan E. Hornung & Alex Talesnick | shornung@stroock.com<br>atalesnick@stroock.com |
| PNC | Attn: Legal Department | | lisa.kremers@pnc.com |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Hanna J. Redd | hanna.redd@lockelord.com |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Jonathan W. Young | jonathan.young@lockelord.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Sean A. Feener | sean.feener@lockelord.com |
| Royal Bank of Canada | Attn: Legal Department | | emma.mckay@rbc.com |
| Securities And Exchange Commission | Attn: Andrew Calamari | | NYROBankruptcy@SEC.GOV |
| Southern District of New York Bankruptcy Court | Attn: Judge Mastando | | JPM.chambers@nysb.uscourts.gov |
| State of Alabama | Office of the Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | BCEIntake@azag.gov |
| State of Arkansas, Dept of Revenue | Director | | bailey.gibbs@dfa.arkansas.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of the Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State of Colorado, Dept of Revenue | | | dor_taxpayerservice@state.co.us |
| State of Connecticut | Office of the Attorney General | | attorney.general@ct.gov |
| State of Delaware | Office of the Attorney General | | Attorney.General@state.DE.US |
| State of Delaware, Dept of Revenue | | | jennifer.noel@delaware.gov |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Florida, Dept of Revenue | General Counsel | | emaildor@floridarevenue.com |
| State of Hawaii | Office of the Attorney General | | hawaiiag@hawaii.gov |
| State of Hawaii, Dept of Revenue | | | tax.directors.office@hawaii.gov |
| State of Idaho | Office of the Attorney General | | lawrence.wasden@ag.idaho.gov |
| State of Idaho, Dept of Revenue | | | taxrep@tax.idaho.gov |
| State of Illinois | Office of the Attorney General | | michelle@lisamadigan.org |
| State of Illinois, Dept of Revenue | | | rev.bankruptcy@illinois.gov |
| State of Indiana, Dept of Revenue | | | businesstaxassistance@dor.in.gov |
| State of Iowa | Office of the Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Office of the Attorney General | | derek.schmidt@ag.ks.gov |
| State of Kansas, Dept of Revenue | | | kdor_tac@ks.gov |
| State of Kentucky | Office of the Attorney General | | KyOAGOR@ky.gov |
| State of Louisiana | Office of the Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Maine, Dept of Revenue | | | income.tax@maine.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Maryland, Dept of Revenue | Comptroller of Maryland | | taxhelp@marylandtaxes.gov |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of Michigan, Dept of Revenue | | | mistatetreasurer@michigan.gov |
| State of Minnesota | Office of the Attorney General | | Attorney.General@ag.state.mn.us |
| State of Minnesota, Dept of Revenue | | | salesuse.tax@state.mn.us |
| State of Missouri | Office of the Attorney General | | consumer.help@ago.mo.gov |
| State of Missouri, Dept of Revenue | | | salesuse@dor.mo.gov |
| State of Nebraska, Dept of Revenue | | | rev.bnc@nebraska.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of the Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of the Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of the Attorney General | | ellen.rosenblum@dog.state.or.us |
| State of Oregon, Dept of Revenue | | | questions.dor@oregon.gov |
| State of Utah | Office of the Attorney General | | uag@utah.gov |
| State of Utah | Office of the Attorney General, Sean D. Reyes | | uag@utah.gov |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 3

**STRETTO**

**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of the Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of the Attorney General | | consumer@wvago.gov |
| State of Wyoming, Dept of Revenue | | | dor@wyo.gov |
| The Office of the United States Trustee | Attn: Andrea B. Schwartz & Annie Wells | | andrea.b.schwartz@usdoj.gov<br>annie.wells@usdoj.gov |
| Washington DC Secretary of State | | | secretary@dc.gov |
| Washington Real Property Tax | | | rptac@dc.gov |
| Web Holdings LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | mfrankel@bfklaw.com |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn:  Marie C. Pollio & Latonia C. Williams | mpollio@goodwin.com<br>lwilliams@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Wipro LLC | Attn: Pankaj Narnolia, Head - Finance | | Pankaj.narnolia@wipro.com |
| Wolftech Broadcast Solutions AS | Notice Name Redacted | | Email Addresses Redacted |
| Wolftech Broadcast Solutions AS | c/o ASK LLP | Attn: Marianna Udem, Brigette G. McGrath | mudem@askllp.com<br>bmcgrath@askllp.com |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene | egreene@spivaklipton.com |
| XWP Co. Pty Ltd. | Attn: Sarah Prelorenzo, Chief Financial Officer | | sarah@x-company.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

# **Exhibit C**

**STRETTO**

**Exhibit C**

Served Via First-Class Mail

| Name | Attention | Address | City | State | Zip | Country |
|------|-----------|---------|------|-------|-----|---------|
| ADP International Services BV | | Lylantse Baan 1 | Capelle Aan Den Ijssel | | LG 2908 | Netherlands |
| ADP, Inc. | Attn Legal Department | 1 ADP Blvd | Roseland | NJ | 07068 | |
| ADP, Inc. | | PO Box 842875 | Boston | MA | 02284-2875 | |
| Cavala Group | | 40 Wall Street, Suite 1304 | New York | NY | 10005 | |
| Charles Schwab Trust Bank | | 2360 Corporate CIrcle, Suite 400 | Henderson | NV | 89074 | |
| Charles Schwab Trust Bank | | 3000 Schwab Way | Westlake | TX | 76262 | |
| Cigna Health and Life Insurance Company | | 900 Cottage Grove Road | Bloomfield | CT | 06002 | |
| Cigna Inc | | c/o Wells Fargo Bank | Denver | CO | 80291 | |
| Corporate Counseling Associates, Inc. | | 475 Park Avenue South 8th Floor | New York | NY | 10016 | |
| Discovery Benefits, Inc. | c/o Wex Benefits | 1 Hancock Street | Portland | ME | 04101 | |
| Discovery Benefits, Inc. | | 4321 20th Ave S | Fargo | ND | 58103 | |
| First Reliance Standard Insurance Company | | 590 Madison Avenue, 29th Floor | New York | NY | 10022 | |
| International Alliance of Theatrical Stage Employees | | 207 W. 25th St, 4th Fl. | New York | NY | 10001 | |
| International Alliance of Theatrical Stage Employees, Local 700 | c/o Motion Pictures Editors Guild | 145 Hudson Street, Suite 201 | New York | NY | 10013 | |
| International Alliance of Theatrical Stage Employees, Local 700 | c/o Motion Pictures Editors Guild | 4220 International Parkway, Suite 100 | Atlanta | GA | 30354 | |
| International Alliance of Theatrical Stage Employees, Local 700 | c/o Motion Pictures Editors Guild | 7715 Sunset Boulevard, Suite 200 | Hollywood | CA | 90046 | |
| Progyny Inc | | 245 5th Avenue, 4th Floor | New York | NY | 10016 | |
| Rxbenefits, Inc. | | 3700 Colonnade Pkwy, Suite 600 | Birmingham | AL | 35243 | |
| Sentinel Benefits Group | | 100 Quannapowitt Pkwy, Suite 300 | Wakefield | MA | 01880 | |
| Sentinel Pension Advisors | | 100 Quannapowitt Pkwy, Suite 300 | Wakefield | MA | 01880 | |
| Try Sparrow, Inc | | 535 Mission Street | San Francisco | CA | 94105 | |
| Try Sparrow, Inc | | PO Box 7775 #73767 | San Francisco | CA | 94120 | |
| Writers Guild of America, East, Inc | | 250 Hudson Street, Suite 70 | New York | NY | 10013 | |
| Writers Guild of America, West, Inc | | 7000 West 3rd Street | Los Angeles | CA | 90048 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| ADP International Services BV | | erica.gastelum.1@adp.com |
| ADP, Inc. | Attn Legal Department | sean.omalley@adp.com |
| Cavala Group | | LTD@covalagroup.com |
| Corporate Counseling Associates, Inc. | | finance@ccainc.com |
| Progyny Inc | | finance@progyny.com |
| Sentinel Benefits Group | | sbgi-financeteam@sentinelgroup.com |
| Sentinel Pension Advisors | | sbgi-financeteam@sentinelgroup.com |
| Try Sparrow, Inc | | ericac@support.pilot.com |
| Writers Guild of America, East, Inc | | wsantana@wgaeast.org |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 1