| | |
|---|---|
| **TOGUT, SEGAL & SEGAL LLP** | **SHEARMAN & STERLING LLP** |
| Albert Togut | Fredric Sosnick |
| Kyle J. Ortiz | William S. Holste |
| Brian F. Moore | Jacob S. Mezei |
| One Penn Plaza, Suite 3335 | 599 Lexington Avenue |
| New York, NY 10119 | New York, NY 10022 |
| Phone: (212) 594-5000 | Phone: (212) 848-4000 |
| Email: altogut@teamtogut.com | Email: fsosnick@shearman.com |
| kortiz@teamtogut.com | william.holste@shearman.com |
| bmoore@teamtogut.com | jacob.mezei@shearman.com |

*Proposed Counsel to the Debtors and Debtors in Possession*

Ian E. Roberts (admitted *pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
Phone: (214) 271-5777
Email: ian.roberts@shearman.com

*Proposed Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.* | Case No. 23-10738 (JPM) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF DESIGNATION OF SUCCESSFUL BIDDER**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A); Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); VTV Productions LLC (6854); and Goldie Films, Inc. (1241). The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.

**PLEASE TAKE NOTICE** that, on May 15, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced the above-captioned cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtors filed the *Debtors' Motion For Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Authorizing and Approving the Debtors' Entry Into the Stalking Horse Agreement, (III) Approving the Sale of Substantially all of the Debtors' Assets and (IV) Granting Related Relief* [ECF No. 16] (the "Sale Motion"), which, among other things, sought approval of bidding procedures (the "Bidding Procedures")[3] and authority to conduct an auction (the "Auction"), if necessary, to select the party or parties to purchase all or substantially all of the Debtors' assets (the "Sale").

**PLEASE TAKE FURTHER NOTICE** that, on May 30, 2023, the Court entered the *Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Authorizing and Approving the Debtors' Entry into the Stalking Horse Agreement, and (III) Granting Related Relief* [ECF No. 80], which, among other things, approved the Bidding Procedures and scheduled certain important dates and deadlines for the Sale, including the Auction, which was scheduled to take place Thursday, June 22, 2023 at 10:00 a.m. (prevailing Eastern Time).

---

[2] On May 30, 2023, Debtor Goldie Films, Inc., also commenced a case by filing a voluntary chapter 11 petition with this Court.

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, did not receive any Qualified Bids (other than the Stalking Horse Bid) prior to the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Auction scheduled for Thursday, June 22, 2023, at 10:00 a.m. (prevailing Eastern Time) is hereby **CANCELLED** in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that the sole Successful Bidder is the Stalking Horse Bidder, Vice Acquisition HoldCo, LLC.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Sale (the "Sale Hearing") is scheduled in-person and via Zoom for **June 23, 2023, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, NY 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that a further hearing with respect to certain outstanding objections relating to contract assumption and assignment not addressed during the Sale Hearing is scheduled in-person and via Zoom for **June 29, 2023, at 10:00 a.m. (prevailing Eastern Time)**, before the Honorable John P. Mastando III, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, NY 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents and pleadings filed in these Chapter 11 Cases can be viewed and/or obtained by: (i) accessing the Debtors' proposed claims and noticing agent's website at https://cases.stretto.com/vice; (ii) accessing the Court's

website for a fee; or (iii) by contacting the Office of the Clerk of the Court. Please note that a PACER password is required to access documents on the Court's website.

[*Remainder of page intentionally left blank.*]

Dated: June 22, 2023
      New York, New York

**SHEARMAN & STERLING LLP**

/s/ *Fredric Sosnick*
Fredric Sosnick
William S. Holste
Jacob S. Mezei
599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000
Email: fsosnick@shearman.com
       william.holste@shearman.com
       jacob.mezei@shearman.com

-and-

Ian E. Roberts (admitted *pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
Phone: (214) 271-5777
Email: ian.roberts@shearman.com

*Proposed Special Counsel to the Debtors and Debtors in Possession*