UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| VICE GROUP HOLDING INC., *et al.*, | Case No. 23-10738 (JPM) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, via electronic mail on the service list attached hereto as **Exhibit B**:

- **Supplemental Order (A) Approving the Asset and Equity Purchase Agreement, (B) Authorizing the Sale of Assets, (C) Authorizing the Assumption and Assignment of Contracts and Leases, and (D) Granting Related Relief** (Docket No. 323)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 24, 2023

*/s/ Christopher Chiu*
Christopher Chiu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of July, 2023, by Christopher Chiu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Danielle Harnden*

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A); Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); VTV Productions LLC (6854); and Goldie Films, Inc. (1241). The location of the Debtors' service address for purposes of these chapter 11 cases is: 49 South 2nd Street, Brooklyn, NY 11249.

# **Exhibit A**

Document Ref: USEAD-OBERH-PPOMW-MHMSY



Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 49 South Second Street LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | 488 Madison Avenue, Fl 23 | New York | NY | 10022 | |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | 425 Lexington Avenue | New York | NY | 10017 | |
| Cal Realty Holdings, LP | c/o Greenburg Glusker Fields Claman & Machtinger LLP | Attn: Jeffrey A. Krieger | 2049 Century Park East, Ste. 2600 | Los Angeles | CA | 90067 | |
| Cigna Health and Life Insurance Company | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | 1201 North Market Street, 20th Floor | Wilmington | DE | 19801 | |
| Cigna Health and Life Insurance Company | c/o Hunton Andrews Kurth LLP | Attn: Robert A. Rich | 200 Park Avenue | New York | NY | 10166 | |
| Commonwealth of Pennsylvania, Department of Revenue | Attn: Christos A. Katsaounis | PO Box 281061 | Office of Chief Counsel | Harrisburg | PA | 17128-1061 | |
| Concur Technologies, Inc. | c/o Brown & Connery, LLP | Attn: Donald K. Ludman | 6 North Broad Street, Suite 100 | Woodbury | NJ | 08096 | |
| Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn Robert J. Feinstein, Bradford J. Sandler, Cia H. Mackle | 780 Third Avenue, 34th Floor | New York | NY | 10017 | |
| District of Columbia | Office of the Attorney General | 441 4Th St Nw, Ste 1100S | | Washington | DC | 20001 | |
| Entertainment Industries Employer Association | c/o Holland & Hart LLP | Attn: Robert A. Faucher & Julie A. Hamilton | 800 W. Main Street, Suite 1750 | Boise | ID | 83702-7714 | |
| Entertainment Industries Employer Association | c/o McGrail & Bensinger LLP | Attn: David C. McGrail & Veronique A. Urban | 888-C 8th Avenue #107 | New York | NY | 10019 | |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | 1345 Avenue of the Americas, 46th Floor | | New York | NY | 10105 | |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | 333 South Grand Avenue | Los Angeles | CA | 90071 | |
| Fortress Credit Corporation | c/o Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Tommy Scheffer, Matt Rowe & Michael S. Neumeister | 200 Park Avenue | New York | NY | 10166 | |
| Horizon Media Inc | Attn: Maria Freda, EVP, Chief Finance Officer | 75 Varick Street | | New York | NY | 10013 | |
| JP Morgan Chase Bank, N.A. | | 25 Bank Street, Canary Warf | | London | | E14 5JP | United Kingdom |
| Marisa Clifford and B&C 3, LLC | | 26 Birchwood Avenue | | London | | N10 3BE | United Kingdom |
| Motion Picture Editors Guild, IATSE Local 700 | c/o Spivak Lipton LLP | Attn: Elizabeth Orfan | 1040 6th Avenue, 20th Floor | New York | NY | 10018 | |
| New York State Department of Taxation and Finance | c/o Office of the New York State Attorney General | Attn: Leo V. Gagion | 28 Liberty Street, 17th Floor | New York | NY | 10005 | |
| New York Tax Commission | | Municipal Building | 1 Centre Street, Room 2400 | New York | NY | 10007 | |
| OMnet LLC | Attn: Carson Kwan, Sr. Director, Finance | 195 Broadway, 8th Floor | | New York | NY | 10007 | |
| OMnet LLC | c/o McDermott Will & Emery LLP | Attn: Darren Azman | One Vanderbilt Avenue | New York | NY | 10017-3852 | |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 425 Market Street, Suite 2900 | San Francisco | CA | 94105-3493 | |
| Paramount Global and its affiliates, including Pluto Inc., Showtime Networks Inc., and Viacom International Inc. | c/o Stroock & Stroock & Lavan LLP | Attn: Stephan E. Hornung & Alex Talesnick | 180 Maiden Lane | New York | NY | 10038-4982 | |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Hanna J. Redd | 111 Huntington Avenue, 9th Floor | Boston | MA | 02199 | |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Jonathan W. Young | 701 8th Street, N.W., Suite 500 | Washington | DC | 20001 | |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Sean A. Feener | Brookfield Place, 200 Vesey Street, 20th Floor | New York | NY | 10281 | |
| Securities And Exchange Commission | Attn: Andrew Calamari | 200 Vesey Street, Ste 400 | Regional Director Brookfield Place | New York | NY | 10281-1022 | |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of Arkansas | Office of the Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Colorado | Office of the Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 | |
| State of Connecticut | Office of the Attorney General | 165 Capitol Ave | | Hartford | CT | 06106 | |
| State of Delaware | Office of the Attorney General | Department of Justice, Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 | |
| State of Georgia | Office of the Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State of Hawaii | Office of the Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State of Idaho | Office of the Attorney General | 700 W. Jefferson St, Suite 210 | | Boise | ID | 83720 | |
| State of Illinois | Office of the Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 | |
| State of Indiana | Office of the Attorney General | Indiana Government Center South | 302 W Washington St 5Th Fl | Indianapolis | IN | 46204 | |
| State of Iowa | Office of the Attorney General | Hoover State Office Building | 1305 E. Walnut Street Rm 109 | Des Moines | IA | 50319 | |
| State of Kansas | Office of the Attorney General | 120 SW 10Th Ave, 2nd Fl | | Topeka | KS | 66612 | |
| State of Kentucky | Office of the Attorney General | Capitol Building | 700 Capitol Ave Ste 118 | Frankfort | KY | 40601 | |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 2



Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of Louisiana | Office of the Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State of Massachusetts | Office of the Attorney General | 1 Ashburton Place, 20Th Floor | | Boston | MA | 02108 | |
| State of Michigan | Office of the Attorney General | G. Mennen Williams Building, 7Th Floor | 525 W Ottawa St | Lansing | MI | 48909 | |
| State of Minnesota | Office of the Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 | |
| State of Mississippi | Office of the Attorney General | Walter Sillers Building | 550 High St Ste 1200 | Jackson | MS | 39201 | |
| State of Missouri | Office of the Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| State of Montana | Office of the Attorney General | 215 N. Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State of Nebraska | Office of the Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State of Nevada | Office of the Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| State of New Hampshire | Office of the Attorney General | Nh Department of Justice | 33 Capitol St. | Concord | NH | 03301 | |
| State of New Jersey | Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing | Trenton | NJ | 08611 | |
| State of New Mexico | Office of the Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State of New York | Office of the Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of North Dakota | Office of the Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State of Ohio | Office of the Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 | |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Oregon | Office of the Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State of Pennsylvania | Office of the Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of Rhode Island | Office of the Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State of South Carolina | Office of the Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 | |
| State of South Dakota | Office of the Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501 | |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Utah | Office of the Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 | |
| State of Utah | Office of the Attorney General, Sean D. Reyes | State Capitol, Room 236 | | Salt Lake City | UT | 84114 | |
| State of Vermont | Office of the Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State of Virginia | Office of the Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State of Washington | Office of the Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Washington | Office of the Attorney General | PO Box 40100 | | Olympia | WA | 98504 | |
| State of West Virginia | Office of the Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 | |
| State of Wisconsin | Office of the Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 | |
| State of Wyoming | Office of the Attorney General | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| The Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| The Office of the United States Attorney for the Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | | New York | NY | 10007 | |
| The Office of the United States Trustee | Attn: Andrea B. Schwartz & Annie Wells | Alexander Hamilton Custom House | One Bowling Green, Suite 534 | New York | NY | 10004 | |
| Thomas Benski and B&C 3, LLC | Notice Name Redacted | COMO Parrot Cay Provideciales | | | | TKCA IZZ | Turks and Caicos Islands |
| TPG Virat Holdings 1, L.P. and Sixth Street Virat Holdings 3, LLC | c/o Wachtell, Lipton, Rosen & Katz | Attn: Scott K. Charles and Neil M. Snyder | 51 West 52nd Street | New York | NY | 10019 | |
| Web Holdings LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | 488 Madison Avenue, Fl 23 | New York | NY | 10022 | |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn: Marie C. Pollio & Latonia C. Williams | One Constitution Plaza | Hartford | CT | 06103-1919 | |
| Wipro LLC | Attn: Pankaj Narnolia, Head - Finance | 1114 Avenue of the Americas, Suite 3030 | | New York | NY | 10036 | |
| Wolftech Broadcast Solutions AS | c/o ASK LLP | Attn: Marianna Udem, Brigette G. McGrath | 60 East 42nd Street, 46th Floor | New York | NY | 10165 | |
| Wolftech Broadcast Solutions AS | Notice Name Redacted | Agnes Mowinckelsgate 6 | | Bergen | | 5008 | Norway |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene, James M. Murphy | 1040 6th Avenue 20th Floor | New York | NY | 10018 | |
| XWP Co. Pty Ltd. | Attn: Sarah Prelorenzo, Chief Financial Officer | 2/13 Chadwell Grove | | Chelsea | VIC | 3196 | Australia |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

Document Ref: USEAD-OBERH-PPOMW-MHMSY

Page 4 of 7

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 49 South Second Street LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | mfrankel@bfklaw.com |
| A&E Television Networks, LLC | c/o Simpson Thacher & Bartlett LLP | Attn: Sunny Singh, Nicholas E. Baker & Ashley M. Gherlone | sunny.singh@stblaw.com nbaker@stblaw.com ashley.gherlone@stblaw.com |
| American Broadcasting Companies, Inc. | c/o McGrail & Bensinger LLP | Attn: David C. McGrail, Veronique A. Urban | dmcgrail@mcgrailbensinger.com vurban@mcgrailbensinger.com |
| Cal Realty Holdings, LP | c/o Greenburg Glusker Fields Claman & Machtinger LLP | Attn: Jeffrey A. Krieger | JKrieger@GreenburgGlusker.com |
| Cigna Health and Life Insurance Company | c/o Connolly Gallagher LLP | Attn: Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Cigna Health and Life Insurance Company | c/o Hunton Andrews Kurth LLP | Attn: Robert A. Rich | rrich@huntonak.com |
| Commonwealth of Pennsylvania, Department of Revenue | Attn: Christos A. Katsaounis | | ra-occbankruptcy5@state.pa.us |
| Concur Technologies, Inc. | c/o Brown & Connery, LLP | Attn: Donald K. Ludman | dludman@brownconnery.com |
| Counsel to the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn Robert J. Feinstein, Bradford J. Sandler, Cia H. Mackle | rfeinstein@pszjlaw.com bsandler@pszjlaw.com cmackle@pszjlaw.com |
| District of Columbia | Office of the Attorney General | | oag@dc.gov |
| Entertainment Industries Employer Association | c/o Holland & Hart LLP | Attn: Robert A. Faucher & Julie A. Hamilton | rfaucher@hollandhart.com jahamilton@hollandhart.com |
| Entertainment Industries Employer Association | c/o McGrail & Bensinger LLP | Attn: David C. McGrail & Veronique A. Urban | dmcgrail@mcgrailbensinger.com vurban@mcgrailbensinger.com |
| Fortress Credit Corporation | c/o Fortress Investment Group LLP | | gccredit@fortress.com |
| Fortress Credit Corporation | c/o Gibson Dunn & Crutcher LLP | Attn: Michael S. Neumeister | mneumeister@gibsondunn.com |
| Fortress Credit Corporation | c/o Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Tommy Scheffer, Matt Rowe & Michael S. Neumeister | dfeldman@gibsondunn.com tscheffer@gibsondunn.com mrowe@gibsondunn.com mneumeister@gibsondunn.com |
| Horizon Media Inc | Attn: Maria Freda, EVP, Chief Finance Officer | | sfried@horizonmedia.com mfreda@horizonmedia.com |
| Motion Picture Editors Guild, IATSE Local 700 | c/o Spivak Lipton LLP | Attn: Elizabeth Orfan | eorfan@spivaklipton.com |
| New York State Department of Taxation and Finance | c/o Office of the New York State Attorney General | Attn: Leo V. Gagion | leo.gagion@ag.ny.gov |
| OMnet LLC | Attn: Carson Kwan, Sr. Director, Finance | | Carson.kwan@omnicomediagroup.com |
| OMnet LLC | c/o McDermott Will & Emery LLP | Attn: Darren Azman | dazman@mwe.com |
| Oracle America, Inc. | c/o Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Paramount Global and its affiliates, including Pluto Inc., Showtime Networks Inc., and Viacom International Inc. | c/o Stroock & Stroock & Lavan LLP | Attn: Stephan E. Hornung & Alex Talesnick | shornung@stroock.com atalesnick@stroock.com |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Hanna J. Redd | hanna.redd@lockelord.com |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Jonathan W. Young | jonathan.young@lockelord.com |
| Publicis Media, Inc. | c/o Locke Lord LLP | Attn: Sean A. Feener | sean.feener@lockelord.com |
| Securities And Exchange Commission | Attn: Andrew Calamari | | NYROBankruptcy@SEC.GOV |
| Southern District of New York Bankruptcy Court | Attn: Judge Mastando | | JPM.chambers@nysb.uscourts.gov maria_rodriguez_castillo@nysb.uscourts.gov |
| State of Alabama | Office of the Attorney General | | consumerinterest@Alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of the Attorney General | | BCEIntake@azag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of the Attorney General | | DOR_TAC_Bankruptcy@state.co.us |
| State of Connecticut | Office of the Attorney General | | attorney.general@ct.gov |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 1 of 2



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Delaware | Office of the Attorney General | | Attorney.General@state.DE.US |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of the Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of the Attorney General | | lawrence.wasden@ag.idaho.gov |
| State of Illinois | Office of the Attorney General | | michelle@lisamadigan.org |
| State of Iowa | Office of the Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Office of the Attorney General | | derek.schmidt@ag.ks.gov |
| State of Kentucky | Office of the Attorney General | | KyOAGOR@ky.gov |
| State of Louisiana | Office of the Attorney General | | ConstituentServices@ag.louisiana.gov |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office of the Attorney General | | ago@state.ma.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of Minnesota | Office of the Attorney General | | Attorney.General@ag.state.mn.us |
| State of Missouri | Office of the Attorney General | | consumer.help@ago.mo.gov |
| State of New Hampshire | Office of the Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of the Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of the Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of the Attorney General | | ellen.rosenblum@dog.state.or.us |
| State of Utah | Office of the Attorney General | | uag@utah.gov |
| State of Utah | Office of the Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of the Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of the Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of the Attorney General | | consumer@wvago.gov |
| The Office of the United States Trustee | Attn: Andrea B. Schwartz & Annie Wells | | andrea.b.schwartz@usdoj.gov<br>annie.wells@usdoj.gov |
| Web Holdings LLC | c/o Backenroth Frankel & Krinsky, LLP | Attn: Mark A. Frankel | mfrankel@bfklaw.com |
| Wilmington Trust, National Association | c/o Shipman & Goodwin LLP | Attn: Marie C. Pollio & Latonia C. Williams | mpollio@goodwin.com<br>lwilliams@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Wipro LLC | Attn: Pankaj Narnolia, Head - Finance | | Pankaj.narnolia@wipro.com |
| Wolftech Broadcast Solutions AS | Notice Name Redacted | | Email Addresses Redacted |
| Wolftech Broadcast Solutions AS | c/o ASK LLP | Attn: Marianna Udem, Brigette G. McGrath | mudem@askllp.com<br>bmcgrath@askllp.com |
| Writers Guild of America, East | c/o Spivak Lipton LLP | Attn: Eric R. Greene, James M. Murphy | egreene@spivaklipton.com<br>jmurphy@spivaklipton.com |
| XWP Co. Pty Ltd. | Attn: Sarah Prelorenzo, Chief Financial Officer | | sarah@x-company.com |

In re: Vice Group Holding Inc., et al.
Case No. 23-10738

Page 2 of 2

Document Ref: USEAD-OBERH-PPOMW-MHMSY

Page 7 of 7