**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VICE GROUP HOLDING INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10738 (JPM)<br><br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On October 24, 2023, I caused to be served a true and correct copy of the following documents to be served via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via First Class US Mail upon the party set forth on the service list annexed hereto as **Exhibit 2**.

- *Supplemental Declaration in Support of Application of the Official Committee of Unsecured Creditors of Vice Group Holding Inc., et al., for an Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors Nunc Pro Tunc to May 26, 2023* [Docket No. 535]; and

- *Notice of Filing of Revised Proposed Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors of the Debtors Nunc Pro Tunc to May 25, 2023* [Docket No. 519].

---

[1] The Debtors' in these chapter 11 case, along with the last four digits of each Debtors' tax identification number are: Vice Group Holding Inc. (4250); Vice Impact Inc. (9603); Vice Media LLC (5144); Villain LLC (3050); Boy Who Cried Author LLC (6199); Carrot Operations LLC (1596); Carrot Creative LLC (8652); Channel 271 Productions LLC (1637); Clifford Benski, Inc. (9387); Dana Made LLC (1065); Inverness Collective LLC (6542); JT Leroy Holding LLC (7555); PLDM Films LLC (5217); Project Change LLC (2758); R29 Pride, LLC (7011); R29 Productions, LLC (6344); Refinery 29 Inc. (7749); Valvi LLC (6110); Vice Content Development, LLC (5165); Vice Distribution LLC (5515); Vice Europe Holding Limited (N/A); Vice Europe Pulse Holding Limited (N/A); Vice Food LLC (1693); Vice Holding Inc. (2658); Vice International Holding, Inc. (5669); Vice Music Publishing LLC (3022); Vice Payroll LLC (6626); Vice Productions LLC (5399); Vice Project Services LLC (6473); Virtue Worldwide, LLC (7212); Visur LLC (9336); and VTV Productions LLC (6854). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 49 South 2nd Street, Brooklyn, NY 11249.

DOCS_NY:47791.2 90234/002

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on October 24, 2023 at New York, New York.

*/s/ La Asia S. Canty*
La Asia S. Canty

# EXHIBIT 1

**Service by E-Mail**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ASK LLP | ATTN: MARIANNA UDEM, BRIGETTE G. MCGRATH | MUDEM@ASKLLP.COM; BMCGRATH@ASKLLP.COM |
| BACKENROTH FRANKEL & KRINSKY, LLP | ATTN: MARK A. FRANKEL | MFRANKEL@BFKLAW.COM |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | DLUDMAN@BROWNCONNERY.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER | JWISLER@CONNOLLYGALLAGHER.COM |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | OAG@DC.GOV |
| FORTRESS INVESTMENT GROUP LLP | | GCCREDIT@FORTRESS.COM |
| GIBSON DUNN & CRUTCHER LLP | ATTN: MICHAEL S. NEUMEISTER, DAVID M. FELDMAN, TOMMY SCHEFFER, MATT ROWE & MICHAEL S. NEUMEISTER | MNEUMEISTER@GIBSONDUNN.COM; DFELDMAN@GIBSONDUNN.COM; TSCHEFFER@GIBSONDUNN.COM; MROWE@GIBSONDUNN.COM; MNEUMEISTER@GIBSONDUNN.COM |
| GREENBURG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: JEFFREY A. KRIEGER | JKRIEGER@GREENBURGGLUSKER.COM |
| HORIZON MEDIA INC | ATTN: MARIA FREDA, EVP, CHIEF FINANCE OFFICER | SFRIED@HORIZONMEDIA.COM; MFREDA@HORIZONMEDIA.COM |
| HUNTON ANDREWS KURTH LLP | ATTN: ROBERT A. RICH | RRICH@HUNTONAK.COM |
| LEVENE, NEALE, BENDER, YOO & GOLUBCHIK, L.L.P. | ATTN.: RON BENDER | RB@LNBYG.COM |
| LOCKE LORD LLP | ATTN: HANNA J. REDD, JONATHAN W. YOUNG, SEAN A. FEENER | HANNA.REDD@LOCKELORD.COM; JONATHAN.YOUNG@LOCKELORD.COM; SEAN.FEENER@LOCKELORD.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM |
| MICHIGAN ATTORNEY GENERAL | ATTN.: JUANDISHA HARRIS | HARRISJ12@MICHIGAN.GOV |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN.: LEO V. GAGION | LEO.GAGION@AG.NY.GOV |
| OMNET LLC | ATTN: CARSON KWAN, SR. DIRECTOR, FINANCE | CARSON.KWAN@OMNICOMEDIAGROUP.COM |
| PA DEPARTMENT OF REVENUE | ATTN: CHRISTOS A. KATSAOUNIS | RA-OCCBANKRUPTCY5@STATE.PA.US |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI | NYROBANKRUPTCY@SEC.GOV |
| SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK, WILLIAM S. HOLSTE, AND JACOB S. MEZEI; IAN E. ROBERTS | FSOSNICK@SHEARMAN.COM; WILLIAM.HOLSTE@SHEARMAN.COM; JACOB.MEZEI@SHEARMAN.COM; IAN.ROBERTS@SHEARMAN.COM |
| SHIPMAN & GOODWIN LLP | ATTN: MARIE C. POLLIO & LATONIA C. WILLIAMS | MPOLLIO@GOODWIN.COM; LWILLIAMS@GOODWIN.COM; BANKRUPTCY@GOODWIN.COM; BANKRUPTCYPARALEGAL@GOODWIN.COM |
| SIMPSON THACHER & BARTLETT LLP | ATTN: SUNNY SINGH, NICHOLAS E. BAKER & ASHLEY M. GHERLONE | SUNNY.SINGH@STBLAW.COM; NBAKER@STBLAW.COM; ASHLEY.GHERLONE@STBLAW.COM |
| SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY COURT | ATTN: JUDGE MASTANDO | JPM.CHAMBERS@NYSB.USCOURTS.GOV |
| SPIVAK LIPTON LLP | ATTN: ERIC R. GREENE ELIZABETH ORFAN JAMES M. MURPHY | EGREENE@SPIVAKLIPTON.COM; EORFAN@SPIVAKLIPTON.COM; JMURPHY@SPIVAKLIPTON.COM |
| STATE OF ALABAMA OFFICE OF THE ATTORNEY GENERAL | | CONSUMERINTEREST@ALABAMAAG.GOV |
| STATE OF ALASKA OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA OFFICE OF THE ATTORNEY GENERAL | | BCEINTAKE@AZAG.GOV |
| STATE OF CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | XAVIER.BECERRA@DOJ.CA.GOV |
| STATE OF COLORADO OFFICE OF THE ATTORNEY GENERAL | | DOR_TAC_BANKRUPTCY@STATE.CO.US |
| STATE OF CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA OFFICE OF THE ATTORNEY GENERAL | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| STATE OF HAWAII OFFICE OF THE ATTORNEY GENERAL | | HAWAIIAG@HAWAII.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STATE OF IDAHO OFFICE OF THE ATTORNEY GENERAL | | LAWRENCE.WASDEN@AG.IDAHO.GOV |
| STATE OF ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | INFO@LISAMADIGAN.ORG |
| STATE OF IOWA OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@AG.IOWA.GOV |
| STATE OF KANSAS OFFICE OF THE ATTORNEY GENERAL | | DEREK.SCHMIDT@AG.KS.GOV |
| STATE OF KENTUCKY OFFICE OF THE ATTORNEY GENERAL | | KYOAGOR@KY.GOV |
| STATE OF LOUISIANA OFFICE OF THE ATTORNEY GENERAL | | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MARYLAND OFFICE OF THE ATTORNEY GENERAL | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | | AGO@STATE.MA.US |
| STATE OF MICHIGAN OFFICE OF THE ATTORNEY GENERAL | | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI OFFICE OF THE ATTORNEY GENERAL | | CONSUMER.HELP@AGO.MO.GOV |
| STATE OF NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | HBALDERAS@NMAG.GOV |
| STATE OF NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | NDAG@ND.GOV |
| STATE OF OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | QUESTIONS@OAG.OK.GOV |
| STATE OF OREGON OFFICE OF THE ATTORNEY GENERAL | | ELLEN.ROSENBLUM@DOG.STATE.OR.US |
| STATE OF UTAH OFFICE OF THE ATTORNEY GENERAL | | UAG@UTAH.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STATE OF UTAH OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES | | UAG@UTAH.GOV |
| STATE OF VERMONT OFFICE OF THE ATTORNEY GENERAL | | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | MAIL@OAG.STATE.VA.US |
| STATE OF WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | CONSUMER@WVAGO.GOV |
| STROOCK & STROOCK & LAVAN LLP | ATTN: STEPHAN E. HORNUNG & ALEX TALESNICK | SHORNUNG@STROOCK.COM; ATALESNICK@STROOCK.COM |
| THE OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA B. SCHWARTZ & ANNIE WELLS | ANDREA.B.SCHWARTZ@USDOJ.GOV; ANNIE.WELLS@USDOJ.GOV |
| TOGUT, SEGAL & SEGAL LLP | ATTN: ALBERT TOGUT AND KYLE J. ORTIZ | ALTOGUT@TEAMTOGUT.COM; KORTIZ@TEAMTOGUT.COM |
| VICE GROUP HOLDING INC. | ATTN: FRANK A. POMETTI | FPOMETTI@ALIXPARTNERS.COM |
| WIPRO LLC | ATTN: PANKAJ NARNOLIA, HEAD - FINANCE | PANKAJ.NARNOLIA@WIPRO.COM |
| XWP CO. PTY LTD. | ATTN: SARAH PRELORENZO, CHIEF FINANCIAL OFFICER | SARAH@X-COMPANY.COM |

# EXHIBIT 2

**Service by First Class U.S. Mail**

New York Tax Commission
Municipal Building
1 Centre Street, Room 2400
New York, NY 10007

State of Arkansas
Office of the Attorney General
323 Center St, Ste 200
Little Rock, AR 72201

State of Georgia
Office of the Attorney General
40 Capitol Sq Sw
Atlanta, GA 30334

State of Indiana Office of the Attorney General
Indiana Government Center South
302 W Washington St, 5th Fl
Indianapolis, IN 46204

State of Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333

State of Mississippi
Office of the Attorney General
Walter Sillers Building
550 High St, Ste 1200
Jackson, MS 39201

State of Montana
Office of the Attorney General
215 N. Sanders Justice Building, Third Fl
Helena, MT 59601

State of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

State of Nevada Office of the Attorney General
Old Supreme Court Building
100 N Carson St
Carson City, NV 89701

State of New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St 8th Fl,, West Wing
Trenton, NJ 08611

State of New York
Office of the Attorney General
The Capitol, 2nd Floor
Albany, NY 12224

State of North Carolina Office of the Attorney General
114 W Edenton St
Raleigh, NC 27603

State of Ohio Office of the Attorney General
State Office Tower
30 E Broad St 14th Fl
Columbus, OH 43215

State of Pennsylvania Office of the Attorney General
Strawberry Square 16th Fl
Harrisburg, PA 17120

| | |
|---|---|
| State of Rhode Island Office of the Attorney General<br>150 S Main St<br>Providence, RI 02903 | State of South Carolina Office of the Attorney General<br>Rembert C. Dennis Bldg<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 |
| State of South Dakota Office of the Attorney General<br>1302 E Highway 14, Ste 1<br>Pierre, SD 57501 | State of Tennessee Office of the Attorney General<br>301 6th Ave N<br>Nashville, TN 37243 |
| State of Texas Office of the Attorney General<br>300 W. 15th St<br>Austin, TX 78701 | State of Washington Office of the Attorney General<br>1125 Washington St Se<br>Olympia, WA 98501 |
| State of Washington Office of the Attorney General<br>PO Box 40100<br>Olympia, WA 98504 | State of Wisconsin Office of the Attorney General<br>17 West Main Street, Room 114 East P<br>Madison, WI 53702 |
| State of Wyoming Office of the Attorney General<br>Kendrick Building<br>2320 Capitol Ave<br>Cheyenne, WY 82002 | The Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| The Office of the United States Attorney for the Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 | Wachtell, Lipton, Rosen & Katz<br>Attn:  Scott K. Charles and Neil M. Snyder<br>51 West 52nd Street<br>New York, NY 10019 |