UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| VENUS LIQUIDATION INC., *et al.*, | Case No. 23-10738 (JPM) |
| Debtors.[1] | (Jointly Administered) |

**SECOND AMENDED CERTIFICATION OF ADAM J. FIALKOWSKI OF STRETTO, INC. REGARDING VOTING AND TABULATION OF BALLOTS CAST ON THE CHAPTER 11 PLAN OF LIQUIDATION OF VENUS LIQUIDATION INC. (F/K/A VICE GROUP HOLDING, INC.) AND CERTAIN OF ITS AFFILIATES**

I, Adam J. Fialkowski, declare, under penalty of perjury:

1. I am a Director of Stretto, Inc. ("Stretto"), which has offices located at 410 Exchange, Suite 100, Irvine, CA 92602. I am over the age of eighteen years and neither Stretto, nor I, is a party to these proceedings. I am duly authorized to submit this amended certification on behalf of Stretto (this "Amended Voting Certification"). Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I submit this Amended Voting Certification with respect to the solicitation and tabulation of votes cast on the *Chapter 11 Plan of Liquidation of Venus Liquidation Inc. (F/K/A Vice Group Holding, Inc.) And Certain of Its Affiliates* [Docket No. 664] (the "Plan").

3. In accordance with (a) the *Order (I) Authorizing and Approving the Appointment of Stretto, Inc. as Claims and Noticing Agent to the Debtors and (II) Granting Related Relief*, dated May 18, 2023 [Docket No. 47], (b) the *Order Authorizing the Employment and Retention of Stretto, Inc. as Administrative Advisor for the Debtors and Debtors in Possession, Nunc Pro Tunc*

---

[1] The location of the Debtors' service address for purposes of these chapter 11 cases is: c/o Alix Partners, 909 Third Avenue, 30th Floor, New York, New York 10022.

to the Petition Date, dated August 23, 2023 [Docket No. 406] and (c) the *Order (I) Approving Certain Key Dates Relating to Confirmation of the Debtors' Plan, Including Scheduling a Combined Hearing to Consider Approval of the Debtors' Disclosure Statement and Plan; (II) Approving the Form and Manner of Combined Hearing Notice; (III) Approving Debtors' Disclosure Statement on a Provisional Basis; (IV) Approving (A) Procedures for Solicitation, (B) Forms of Ballots, (C) Procedures for Tabulation of Votes, and (D) Procedures for Objections*, dated February 27, 2024 [Docket No. 798] (the "Solicitation Order"), Stretto was appointed and authorized to assist the Debtors with, inter alia, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined below).

4.      The Solicitation Order established November 24, 2023 as the record date for determining the Holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "Voting Record Date").

5.      Pursuant to the Plan and Solicitation Order, only Holders of Claims in the following classes as of the Voting Record Date, were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Classes | Class Description |
|---|---|
| Class 4 | Prepetition Senior Secured Credit Agreement Claims |
| Class 5 | JPM Overdraft Facility Claims |
| Class 6 | Senior Subordinated Notes Claims |
| Class 7 | Pulse Notes Claims |
| Class 8 | General Unsecured Claims |

6.      No other classes under the Plan were entitled to vote on the Plan.

7.  The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Solicitation Order. In accordance with the Solicitation Order, Stretto worked closely with the Debtors' professionals to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders. Stretto was instructed by the Debtors to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the Holders of Claims in the Voting Classes.

8.  On or before March 6, 2024, pursuant to and in accordance with the Solicitation Order, Stretto caused the Solicitation Packages (including the ballots where applicable) to be served on the Holders of Claims in the Voting Classes as of the Voting Record Date. A detailed description of Stretto's distribution of solicitation materials is set forth in Stretto's Affidavit of Service filed with the Court on March 8, 2024. [Docket No. 840]

9.  In addition to serving the Solicitation Packages on all voting parties, Stretto timely served the Combined Hearing Notice, including Opt-Out Election Forms where applicable, on Holders of Claims or Interests in Class 1 (Secured Tax Claims), Class 2 (Other Secured Claims), Class 3 (Other Priority Claims), and Class 9 (Interests) (collectively, the "Non-Voting Classes"). Subsequent Combined Hearing Notices were periodically served on Holders of Claims or Interests in the Non-Voting Classes on account of (a) forwarding instructions included on packages returned as undeliverable, and/or (b) at the request of interested parties. These services are evidenced by various affidavits of service filed with the Court [Docket Nos. 840 and 858]

10. Free copies of the Plan, Disclosure Statement and all other documents filed in these cases are available online at https://cases.stretto.com/vice/.

11. Ballots returned by online submission, mail, hand delivery, or overnight courier were received by personnel of Stretto at the offices of Stretto in Irvine, California. All Ballots received by Stretto were date-stamped upon receipt. Each Ballot was then scanned into Stretto's

system and sequentially numbered (the "Ballot Number"). Stretto then entered into a computer database all pertinent information from each of the Ballot, including among other things, the date and time the Ballot was received, the Ballot Number, the voting dollar amount, whether the creditor submitting the Ballot accepted or rejected the Plan.

12. For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the Solicitation Order and executed by the relevant Holder, or such Holder's authorized representative, and must have been received by Stretto by no later than 5:00 p.m. (Eastern Time) on March 29, 2024 (the "Voting Deadline")[2].

13. Stretto also examined each valid Ballot and Opt-Out Election Form to determine which creditors opted out of the Third-Party Release provided in section 10.2(b) of the Plan (the "Third-Party Release"). Based on this review, fifteen Holders of Claims or Interests in the Voting Classes affirmatively selected to opt out of the Third-Party Release. Furthermore, five Holders of Claims or Interests in the Non-Voting Classes affirmatively selected to opt out of the Third-Party Release.

14. Stretto promptly complied with all requests for additional or replacement solicitation materials and/or (in the case of parties entitled to vote) Ballots.

15. Stretto is in possession of the Ballots received by it, and copies of the same are available for review during Stretto's normal business hours.

16. Free copies of the Plan, Disclosure Statement and all other documents filed in these cases are available online at https://cases.stretto.com/vice/.

17. The results of the aforesaid tabulation of properly executed Ballots received by Stretto on or before the Voting Deadline are set forth in the report annexed hereto as **Exhibit A** (the "Final Tabulation Results").

---

[2] The Debtors extended the Voting Deadline from March 29, 2024 at 5:00 p.m. (Eastern Time) to April 1, 2024 at 5:00 p.m. (Eastern Time).

18. I certify that attached hereto as **Exhibit B** is a detailed voting report of all Ballots included in the Final Tabulation Results.

19. I certify that the attached hereto as **Exhibit C** is a detailed report of all abstaining Ballots not included in the Final Tabulation Results.

20. I certify that attached hereto as **Exhibit D** is a detailed report of all unacceptable Ballots not included in the Final Tabulation Results and the reasons for exclusion of such Ballots.

21. A report of the number of Ballots and Opt-Out Election Forms mailed or e-mailed by and returned to Stretto is attached hereto as **Exhibit E-1** and **Exhibit E-2**. **Exhibit E-1** sets forth the number of returned Ballots expressed as a percentage of the total number of Ballots mailed or e-mailed by Stretto, as well as the total dollar voting amount on those returned Ballots expressed as a percentage of the total dollar voting amount on the Ballots mailed or e-mailed by Stretto. **Exhibit E-2** sets forth the number of returned Opt-Out Election Forms expressed as a percentage of the total number of Opt-Out Election Forms mailed or e-mailed (or caused to be mailed or e-mailed) by Stretto.

22. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 4, 2024

                                                   */s/ Adam J. Fialkowski*
                                                   Adam J. Fialkowski
                                                   Director, Corporate Restructuring
                                                   Stretto
                                                   410 Exchange, Suite 100
                                                   Irvine, CA 92602
                                                   Telephone: 855-620-5725
                                                   Email: ViceInquiries@stretto.com

# Exhibit A

**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit A**
Tabulation Summary of Ballots Cast and Counted[1]

| Voting Class | Voting Class Description | Total Ballots Counted | | | |
|---|---|---|---|---|---|
| | | Accepting | | Rejecting | |
| | | Number | Amount | Number | Amount |
| 4 | Prepetition Senior Secured Credit Agreement Claims | 1<br>100.0% | $144,975,581.00<br>100.0% | 0<br>0.0% | $0.00<br>0.0% |
| 5 | JPM Overdraft Facility Claims | 0<br>0.0% | $0.00<br>0.0% | 0<br>0.0% | $0.00<br>0.0% |
| 6 | Senior Subordinated Note Claims | 0<br>0.0% | $0.00<br>0.0% | 3<br>100.0% | $431,991,663.34<br>100.0% |
| 7 | Pulse Notes Claims | 0<br>0.0% | $0.00<br>0.0% | 0<br>0.0% | $0.00<br>0.0% |
| 8 | General Unsecured Claims | 89<br>90.8% | $2,115,885.12<br>94.4% | 9<br>9.2% | $125,162.41<br>5.6% |

[1] "Total Ballots Counted" does not reflect the total Ballots mailed. Stretto mailed 1,239 unique Ballots--of which, one hundred and two (102) were returned and found to be valid (approximately 8.2% of the total unique Ballots mailed). The remaininng 1,137 Ballots were eithered (i) not returned, or (ii) received but determined to be invalid and therefore not included in the tabulation.

# **Exhibit B**

**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit B**
Detailed Report of All Tabulated Ballots
(Sorted by Class)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 96 | 4 | FORTRESS CREDIT CORPORATION, ADMINISTRATIVE AGENT FOR $250 MILLION TERM LOAN | 03/28/2024 | $144,975,581.00 | Accept | No |
| 100 | 6 | SIXTH STREET VIRAT HOLDINGS 3, LLC | 03/29/2024 | $164,327,920.67 | Reject | Yes |
| 93 | 6 | TPG VIRAT HOLDINGS I, L.P. | 03/28/2024 | $164,327,920.67 | Reject | Yes |
| 101 | 6 | SIXTH STREET VIRAT HOLDINGS 2, LLC | 03/29/2024 | $103,335,822.00 | Reject | Yes |
| 26 | 8 | 3RDI DIGITAL, INC. | 03/15/2024 | $21,451.94 | Reject | No |
| 10 | 8 | AARON DRAKE [IDYLLWILD MEDIA LLC] | 03/13/2024 | $1,800.00 | Accept | No |
| 21 | 8 | ABACUS STAFFING, LLC | 03/14/2024 | $14,171.00 | Accept | No |
| 85 | 8 | ALEX RAMIREZ-MALLIS | 03/27/2024 | $306.31 | Accept | No |
| 6 | 8 | ALLIANCE GROUP PROTECTION SERVICES INC | 03/12/2024 | $238,472.50 | Accept | No |
| 91 | 8 | AMERICAN BROADCASTING COMPANIES, INC. | 03/28/2024 | $261,403.90 | Accept | Yes |
| 112 | 8 | AMEX TRS CO., INC. | 04/01/2024 | $14,834.23 | Accept | No |
| 48 | 8 | AMIN MASSOUDI | 03/19/2024 | $1.00 | Reject | No |
| 36 | 8 | ASSEMBLE SOUND LLC | 03/18/2024 | $2,000.00 | Accept | Yes |
| 17 | 8 | ASSOCIATED PRODUCTION MUSIC LLC | 03/14/2024 | $86,900.00 | Accept | No |
| 67 | 8 | BAGELSMITH | 03/25/2024 | $10,710.92 | Accept | No |
| 46 | 8 | BLUE UNDERGROUND, INC. | 03/19/2024 | $6,900.00 | Accept | No |
| 55 | 8 | BPA WORLDWIDE, INC | 03/22/2024 | $10,000.00 | Accept | No |
| 18 | 8 | BRITISH PATHE LTD | 03/14/2024 | $1,980.00 | Accept | No |
| 8 | 8 | BUILDING STUDIO ARCHITECTS [THE BUILDING STUDIO LLP] | 03/13/2024 | $7,000.00 | Accept | No |
| 57 | 8 | CANNES LIMO SERVICE | 03/22/2024 | $7,894.79 | Accept | No |
| 65 | 8 | CAREY OLSEN JERSEY LLP | 03/25/2024 | $3,313.83 | Accept | No |
| 72 | 8 | CERTIFIED FLAMEPROOFING CORP. | 03/26/2024 | $1,905.31 | Accept | No |
| 7 | 8 | CHARLES RAGGIO | 03/12/2024 | $1,260.27 | Accept | No |
| 73 | 8 | CHRISTIAN BANACH LLC | 03/26/2024 | $35,500.00 | Accept | No |
| 49 | 8 | COGENT WASTE | 03/19/2024 | $5,828.07 | Accept | Yes |
| 33 | 8 | COLOR PRODUCTION HOUSE, LLC | 03/16/2024 | $6,967.00 | Accept | No |
| 23 | 8 | COLOR SPACE DIGITAL LLC | 03/14/2024 | $2,321.00 | Accept | No |
| 104 | 8 | COMSCORE, INC. | 03/29/2024 | $109,792.74 | Accept | No |
| 64 | 8 | CONFIDENTIAL CREDITOR | 03/25/2024 | $2,925.00 | Accept | No |
| 20 | 8 | CONFIDENTIAL CREDITOR | 03/14/2024 | $600.00 | Reject | No |
| 22 | 8 | CROKER FIRE DRILL CORPORATION | 03/14/2024 | $4,345.02 | Accept | No |
| 53 | 8 | CROSSFIRE SOUND PRODUCTIONS | 03/21/2024 | $17,502.36 | Accept | No |
| 58 | 8 | CRUCIAL MUSIC CORPORATION | 03/22/2024 | $800.00 | Accept | No |
| 99 | 8 | DANIEL FETHERSTON | 03/29/2024 | $28,809.95 | Accept | No |
| 92 | 8 | DAVID VEET | 03/28/2024 | $24,129.01 | Accept | No |
| 102 | 8 | DENIELLE WASSELL | 03/29/2024 | $41,592.91 | Accept | No |
| 39 | 8 | DENISE KRAMER | 03/18/2024 | $2,500.00 | Accept | No |
| 98 | 8 | DIRAIMONDO & SCHROEDER LLP [DS IMMIGRATION] | 03/29/2024 | $3,415.00 | Accept | No |
| 105 | 8 | EGALITY LAW LLP | 03/29/2024 | $3,210.29 | Reject | No |

**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit B**
Detailed Report of All Tabulated Ballots
(Sorted by Class)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 38 | 8 | ELISABET VELASQUEZ | 03/18/2024 | $700.00 | Accept | No |
| 42 | 8 | ELLA FASSLER | 03/19/2024 | $500.00 | Accept | No |
| 90 | 8 | ERIK LAVOIE | 03/28/2024 | $140,009.29 | Accept | No |
| 50 | 8 | FLOATING OPHELIA PRODUCTIONS, LLC [ANNALISE OPHELIAN] | 03/19/2024 | $2,400.00 | Accept | No |
| 77 | 8 | GABRIEL CHIU | 03/26/2024 | $450.00 | Accept | No |
| 14 | 8 | HJZ PRODUCTIONS, INC. | 03/14/2024 | $31,921.45 | Accept | No |
| 9 | 8 | IDYLLWILD MEDIA LLC | 03/13/2024 | $900.00 | Accept | No |
| 32 | 8 | ILAN TITO | 03/16/2024 | $18,232.79 | Reject | Yes |
| 81 | 8 | JOHN NORTHCRAFT | 03/27/2024 | $29,554.98 | Accept | No |
| 51 | 8 | JUAN MANUEL CORTEZ | 03/19/2024 | $625.00 | Accept | No |
| 56 | 8 | JULIA DUFOSSE ILLUSTRATION, LLC | 03/22/2024 | $2,750.00 | Accept | No |
| 79 | 8 | KELLIE MATZEN | 03/27/2024 | $24,526.00 | Accept | No |
| 59 | 8 | KELLY DAWSON | 03/22/2024 | $700.00 | Accept | No |
| 15 | 8 | KELLY KENDRICK | 03/14/2024 | $600.00 | Accept | No |
| 27 | 8 | KOHL BUILDING MAINTENANCE | 03/15/2024 | $42,470.23 | Reject | No |
| 111 | 8 | LAS CASITAS FILMS LLC | 03/30/2024 | $5,500.00 | Accept | No |
| 35 | 8 | LEE PHILLIPS | 03/17/2024 | $800.00 | Reject | Yes |
| 16 | 8 | LIGHT DARKNESS LIGHT LLC | 03/14/2024 | $31,500.00 | Accept | No |
| 1 | 8 | LILLEHAMMER ALLEN | 03/10/2024 | $150.00 | Accept | No |
| 89 | 8 | LUCAS VILLA | 03/27/2024 | $500.00 | Accept | No |
| 60 | 8 | M&J EDELMAN & ASSOCIATES | 03/23/2024 | $20,561.04 | Accept | No |
| 5 | 8 | MAEVA COSTA | 03/11/2024 | $150.00 | Reject | No |
| 62 | 8 | MARY REYNOLDS | 03/24/2024 | $150.00 | Reject | Yes |
| 12 | 8 | MELODY GUN GROUP INC. | 03/13/2024 | $2,638.00 | Accept | No |
| 13 | 8 | MELODY GUN GROUP INC. [MELODYGUN SOUNDS STUDIOS] | 03/13/2024 | $2,368.00 | Accept | No |
| 106 | 8 | MERITUS INTELYTICS PRIVATE LIMITED | 03/29/2024 | $116,055.98 | Accept | No |
| 31 | 8 | MICHAEL LEARMONTH | 03/16/2024 | $33,391.80 | Accept | No |
| 24 | 8 | MILK STUDIOS LOS ANGELES LLC | 03/15/2024 | $7,872.18 | Accept | No |
| 110 | 8 | MORE DASH INC. | 03/29/2024 | $100,485.00 | Accept | Yes |
| 95 | 8 | NAOHMI MONROE | 03/28/2024 | $4,000.00 | Accept | No |
| 41 | 8 | NEWSFLARE LIMITED | 03/19/2024 | $499.94 | Accept | No |
| 87 | 8 | PIPER ALDERMAN LP | 03/27/2024 | $3,913.15 | Accept | No |
| 113 | 8 | PRESCIANT, LLC | 04/01/2024 | $70,000.00 | Accept | No |
| 3 | 8 | PUSHER LLC | 03/11/2024 | $4,249.95 | Accept | No |
| 74 | 8 | RACKET CLUB LLC [RACKET CLUB, RACKET CLUB MUSIC] | 03/26/2024 | $6,350.00 | Accept | No |
| 63 | 8 | RAMANI DURVASULA | 03/24/2024 | $750.00 | Accept | No |
| 19 | 8 | RRMB MEDIA LLC [THE AUDIO STABLE] | 03/14/2024 | $3,214.50 | Accept | No |
| 94 | 8 | SAMANTHA LEAL | 03/28/2024 | $900.00 | Accept | No |
| 40 | 8 | SARAH MOROZ | 03/18/2024 | $3,900.00 | Accept | No |
| 52 | 8 | SAVE ON SP, LLC | 03/21/2024 | $9,704.03 | Accept | No |
| 45 | 8 | SELECAO NYC | 03/19/2024 | $6,400.00 | Accept | No |
| 69 | 8 | SMITH AND COMPANY | 03/25/2024 | $30,000.00 | Accept | No |
| 54 | 8 | SO3 PROJECTS (UK) LTD | 03/22/2024 | $2,393.59 | Accept | No |
| 109 | 8 | SOPHIA MEDVEDOW KAZIS | 03/29/2024 | $9,394.20 | Accept | No |

**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit B**
Detailed Report of All Tabulated Ballots
(Sorted by Class)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 86 | 8 | SOUTHERN CALIFORNIA PUBLIC RADIO [LAIST STUDIOS] | 03/27/2024 | $75,000.00 | Accept | No |
| 25 | 8 | STEUBER CORPORATION [ALTA | 03/15/2024 | $1,291.10 | Accept | Yes |
| 82 | 8 | STOPPED CLOCK FILMS, LLC | 03/27/2024 | $270,286.50 | Accept | Yes |
| 4 | 8 | STRAY ANGEL FILMS | 03/11/2024 | $1,368.38 | Accept | No |
| 107 | 8 | TAMERRA GRIFFIN | 03/29/2024 | $1,350.00 | Accept | No |
| 28 | 8 | TECHNOLOGICAL CINEVIDEO SERVICES, INC. [TCS, INC] | 03/15/2024 | $22,739.76 | Accept | No |
| 47 | 8 | THE ONE CLUB FOR CREATIVITY INC | 03/19/2024 | $19,420.00 | Accept | No |
| 80 | 8 | THE ROUNDHOUSE TRUST | 03/27/2024 | $1,047.87 | Accept | No |
| 61 | 8 | TIMOTHY DAUGHERTY | 03/24/2024 | $38,696.16 | Reject | No |
| 68 | 8 | ULTRAPHONIC MUSIC LTD | 03/25/2024 | $2,000.00 | Accept | No |
| 37 | 8 | UNITED MANAGEMENT LLC | 03/18/2024 | $1,887.94 | Accept | No |
| 75 | 8 | UPPERCUT, INC [UPPERCUT EDIT] | 03/26/2024 | $8,000.00 | Accept | No |
| 2 | 8 | VALLEY WIDE AIR CORPORATION | 03/11/2024 | $6,983.30 | Accept | No |
| 97 | 8 | WAYNE RODRIGUES PRODUCTIONS, INC. | 03/28/2024 | $2,166.45 | Accept | No |
| 108 | 8 | WEST ONE MUSIC GROUP INC | 03/29/2024 | $4,400.00 | Accept | No |
| 11 | 8 | WGEM TELEVISION | 03/13/2024 | $6,700.00 | Accept | No |
| 103 | 8 | WILLIAM FLYNN | 03/29/2024 | $8,478.00 | Accept | No |
| 66 | 8 | WYRICK ROBBINS YATES & PONTON LLP | 03/25/2024 | $10,908.00 | Accept | No |
| 34 | 8 | YAKOOB SAYED | 03/17/2024 | $1,648.62 | Accept | No |

# **<u>Exhibit C</u>**

**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit C**
Detailed Report of All Abstaining Ballots
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? |
|---|---|---|---|---|---|---|
| 84 | 8 | ADAM LEITMAN BAILEY, P.C. | 03/27/2024 | $5,629.74 | Abstain | No |
| 71 | 8 | COUPA SOFTWARE INC. | 03/26/2024 | $210,305.38 | Abstain | Yes |
| 83 | 8 | HOGAN LOVELLS US LLP | 03/27/2024 | $34,585.70 | Abstain | Yes |
| 29 | 8 | JAY HOAG | 03/15/2024 | $1.00 | Abstain | Yes |

# **Exhibit D**

23-10738-jpm    Doc 955    Filed 04/16/24    Entered 04/16/24 14:36:04    Main Document
Pg 15 of 19


**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit D**
Detailed Report of All Ballots Not Tabulated
(Sorted by Name)

| Ballot # | Class | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-Out of Release? | Reason Not Tabulated |
|---|---|---|---|---|---|---|---|
| 76 | 8 | UPPERCUT, INC. | 3/26/2024 | $8,000.00 | Unacceptable | No | Ballot Superseded by Ballot #75 on behalf of Filed Claim |

# **Exhibit E-1**

In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)
Case #23-10738 (JPM)

**Exhibit E-1**
Detailed Report of Total Ballots Mailed or Emailed and Returned

| Class | Class Description | Number of Ballots Mailed or Emailed[1] | Number of Valid Ballots Returned and Counted[2] | Aggregate Amount of Ballots Mailed or Emailed | Aggregate Amount of Valid Ballots Returned and Counted | Number of Valid Ballots with an Opt-Out Election[3] |
|---|---|---|---|---|---|---|
|   |   |   | % |   | % | % |
| 4 | Prepetition Senior Secured Credit Agreement Claims | 3 | 1 | $371,206,831.30 | $144,975,581.00 | 0 |
|   |   | 33.3% |   | 39.1% |   | 0.0% |
| 5 | JPM Overdraft Facility Claims | 1 | 0 | $9,841,275.00 | $0.00 | 0 |
|   |   | 0.0% |   | 0.0% |   | 0.0% |
| 6 | Senior Subordinated Note Claims | 3 | 3 | $431,991,663.34 | $431,991,663.34 | 3 |
|   |   | 100.0% |   | 100.0% |   | 100.0% |
| 7 | Pulse Notes Claims | 1 | 0 | $20,939,275.00 | $0.00 | 0 |
|   |   | 0.0% |   | 0.0% |   | 0.0% |
| 8 | General Unsecured Claims | 1231 | 98 | $49,210,966.52 | $2,241,047.53 | 9 |
|   |   | 8.0% |   | 4.6% |   | 0.7% |

[1] Please note that pursuant to the Solicitaiton Order, Stretto transmitted Solicitation Packages to Holders of Voting Claims by First-Class Mail and, on occasion, via Email at the request of interested parties. The Solicitaiton Package contained the Combined Hearing Notice, Solicitation Order, instructions detailing how to access copies of the Disclosure Statement and Plan, and the applicable Class 4, Class 5, Class 6, Class 7 or Class 8 Ballot.

[2] After Stretto mailed or e-mailed (as applicable) the 1,231 Class 8 Ballots, the Debtors reduced the total number of Class 8 Voting Claims eligible to vote by 10 (to 1,221) by virtue of filing the Debtors' First through Fourth Omnibus Objections (Docket Nos. 842, 844, 846 and 848)

[3] Stretto received three (3) Class 8 Ballots that were abstaining submissions but checked the box in Item 4 of the Ballot to indiciate the Holder elects to "opt-out" of the Third-Party Releases set forth in Section 10.2(b) of the Plan. For further detail on the submissions, please review Exhibit C - Detailed Report of All Abstaining Ballots

# **<u>Exhibit E-2</u>**

**In re: Venus Liquidation Inc. (f/k/a Vice Group Holding Inc., et al.)**
Case #23-10738 (JPM)

**Exhibit E-2**
Detailed Report of Total Opt-Out Forms Mailed or E-Mailed (or Caused to Be Mailed or E-Mailed) and Returned

| Class | Class Description | Number of Opt-Out Forms Mailed or Emailed | Number of Opt-Out Forms Returned / % | Number of Opt-Out Forms Returned and Not Counted[1] | Number of Opt-Out Elections |
|---|---|---|---|---|---|
| 1 | Secured Tax Claims | 1 | 0 / 0.0% | 0 | 0 |
| 2 | Other Secured Claims | 7 | 2 / 28.6% | 0 | 2 of 7 |
| 3 | Other Priority Claims | 77 | 4 / 5.2% | 1 of 4 | 3 of 4 |

[1] One (1) Class 3 Holder submitted an Opt-Out Election Form, but did not check the box indicating an election to Opt-Out of the Third Party Releases.